UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| NATIONWIDE PAYMENT SOLUTIONS, LLC, | )<br>)<br>) |
| Plaintiff | )<br>) No. 2:09-cv-600-GZS |
| v. | )<br>) |
| JAMES PLUNKETT, et al., | )<br>) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 3, 2011, his Recommended Decision (Docket No. 91). Defendants and Counterclaimants filed their Objections to the Recommended Decision (Docket No. 94) on February 17, 2011. Plaintiff filed its Response to Defendant and Counterclaimants' Objection to the Recommended Decision (Docket No. 100) on March 10, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 71) is **GRANTED** on Counts I, II, III, IV, V, VII, and VIII of the Complaint and Counts I, II, III, IV and XV of the Counterclaim.
.

                                                    /s/George Z. Singal_____
                                                    U.S. District Judge

Dated this 16th day of March, 2011.