**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NATIONWIDE PAYMENT SOLUTIONS, LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil No.  2:09-CV-600-GZS |
| v. | ) ) ) | |
| JAMES PLUNKETT, and PLUNKETT & COMPANY, LLC | ) ) ) | |
| Defendants. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF THEODORE A. SMALL

1. I am a member of the Bar of the State of Maine and have been continuously since 2002. I am a shareholder of the firm of Bernstein Shur, located at 100 Middle Street, Portland, Maine. The facts set forth herein are based on my personal knowledge.

2. My firm was retained to advise Nationwide Payment Solutions, LLC ("Nationwide Payment Solutions") with respect to the disputes between Nationwide Payment Solutions and the Defendants James Plunkett and Plunkett & Company, LLC.

3. This affidavit is being submitted to supplement materials filed in support of Nationwide Payment Solutions' Application for Attorneys' Fees.

4. Attached hereto as Exhibit 1 are true and accurate copies of invoices relating to attorney fees incurred by Nationwide Payment Solutions in the above-captioned matter. These invoices have been redacted to remove any privileged information.

Respectfully submitted this 19th day of May 2011.

/s/ *Theodore A. Small*
Theodore A. Small
Kai W. McGintee

                                                2

Attorneys for Plaintiff Nationwide Payment Solutions, LLC

Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME 04104-5029


STATE OF MAINE
CUMBERLAND, ss.                                                                                                   May 19, 2011

      Before me appeared Theodore A. Small and made oath that the statements in the foregoing affidavit signed by him are true.


|    May 19, 2011    |    /s/ Kathleen Dougherty    |
|---|---|
| Date | Notary Public |

2

## CERTIFICATE OF SERVICE

I, Kathleen Dougherty, hereby certify that I am over eighteen years old and caused a true and correct copy of the above document to be served electronically upon the parties and at the addresses set forth below on the 19th day of May 2011.

       /s/ Kathleen Dougherty
Kathleen Dougherty
Legal Assistant

**2:09-cv-00600-GZS Notice has been electronically mailed to:**

**Electronic Mail Notice List**
- **KATHRYN W. MCGINTEE**
  kmcgintee@bernsteinshur.com, rwheeler@bernsteinshur.com

- **THEODORE A. SMALL**
  tsmall@bernsteinshur.com, kdoughtery@bernsteinshur.com; mlibby@bernsteinshur.com

**2:09-cv-00600-GZS Notice has been delivered by other means to:**

PLUNKETT AND COMPANY LLC
1610 PERKINS RIDGE ROAD
AUBURN, ME 04210

JAMES PLUNKETT
1610 PERKINS RIDGE ROAD
AUBURN, ME 04210