# Bernstein Shur

Counselors at Law

I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009          Invoice#          3301612
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---:|
| Fees for Professional Services 04/14/09  Through  04/30/09 | $1,222.00 |
| | --------- |
| Total This Invoice - Due on Receipt | $1,222.00 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009        Invoice#  3301612
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $1,222.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

## Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009        Invoice#        3301612
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/14/09 | JGO | Telephone conference with J. Nonni ▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ office conference with G. Israel re ▬▬▬ review email from J. Nonni re ▬▬▬ review Plunkett USPTO application for Municipay registration; review USPTO Notice of Office Action in same; analysis ● ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 1.30 | 305.50 |
| 04/15/09 | JGO | Complete review of background materials; complete drafting and editing electronic memorandum to client re ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ email J. Keenan re ▬▬▬▬▬▬▬ review and respond to email from client re ▬▬▬▬ | .80 | 188.00 |
| 04/16/09 | JGO | Begin drafting cease and desist letter to Plunkett; review emails from J. Keenan and J. Nonni re ▬▬▬▬▬▬▬▬▬ | .20 | 47.00 |
| 04/17/09 | JGO | Begin drafting and editing cease and desist letter to Plunkett; review file material re ▬▬▬ review Plunkett USPTO application re | 2.10 | 493.50 |
| 04/19/09 | JGO | Review Maine Deceptive Trade Practices Act; edits to cease and desist letter to Plunkett; email client re ▬▬▬▬ | .70 | 164.50 |

Page 3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


May 12, 2009          Invoice#       3301612
Matter Number: 035894-00004
RE:  Trademark Infingement


| DATE | ATTY | Hours | Amount |
|------|------|-------|--------|
| 04/27/09 | JGO Email J. Nonni re draft cease and desist letter to Plunkett | .10 | 23.50 |

|  |  |
|--|--|
| TOTAL FEES | $1,222.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $1,222.00 |

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009        Invoice#        3304014
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 05/01/09  Through  05/31/09        $681.50
                                                                 ---------
Total This Invoice - Due on Receipt                               $681.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009     Invoice#  3304014
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice           $681.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____ Exp. Date _____

Signature _____ Amount _____

### REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law. We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009     Invoice#     3304014
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 05/01/09 | JGO | Review and respond to email from J. Nonni re ██████████████ review Independent Sales Agreement; edits to cease and desist letter; email J. Nonni and G. Israel re ████ | .80 | 188.00 |
| 05/05/09 | JGO | Review and respond to emails from J. Nonni re ██████████ final edits to cease and desist letter to Plunkett; review emails from client to customers re ████████████ email client re ███████ | 1.30 | 305.50 |
| 05/06/09 | JGO | Review email from J. Nonni ███████ re ██████ email P. Allen re ████ | .20 | 47.00 |
| 05/22/09 | JGO | Review correspondence from opposing counsel re ███████████ email client re ████████; email J. Keenan re ██████ | .60 | 141.00 |

|  |  |
|--|--|
| TOTAL FEES | $681.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $681.50 |

Page  3

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009          Invoice#        3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 06/03/09   Through   06/30/09         $893.00
Expenses 06/03/09    Through 06/30/09                                 $90.00
                                                                  ---------
Total This Invoice - Due on Receipt                                 $983.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009      Invoice#  3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $983.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

### Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009      Invoice#        3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/03/09 | JGO | Review email from J. Nonni outlining ▉▉▉ review attached file material re ▉▉▉; notes re ▉▉▉ review other file material re ▉▉▉; draft correspondence to opposing counsel re ▉▉▉ email client re ▉▉▉ | 2.60 | 611.00 |
| 06/16/09 | JGO | Review and respond to email from client re ▉▉▉ | .20 | 47.00 |
| 06/17/09 | JGO | Review email from client re ▉▉▉ review file material re ▉▉▉ edits to correspondence to opposing counsel | .90 | 211.50 |
| 06/18/09 | JGO | Review email from P. Allen re ▉▉▉ | .10 | 23.50 |

|  |  |
|---|---|
| TOTAL FEES | $893.00 |
| FILING FEE - PAID TO: BUSINESSCARD SERVICES    90.00 | |
| TOTAL EXPENSES | $90.00 |
| TOTAL FEES PLUS EXPENSES | $983.00 |

Page  3

**Bernstein Shur**

Counselors at Law

I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009      Invoice#        3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 07/29/09   Through   07/31/09 | $423.00 |
| Expenses 07/29/09    Through 07/31/09 | $8.64 |
| | --------- |
| Total This Invoice - Due on Receipt | $431.64 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009      Invoice#  3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $431.64

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009    Invoice#        3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/29/09 | JGO | Telephone calls and email to opposing counsel re███████████████████ | .20 | 47.00 |
| 07/30/09 | JGO | Telephone conference with opposing counsel re ███████████████████ electronic memorandum to client re ██████ review relevant USPTO trademark notifications and registrations | 1.50 | 352.50 |
| 07/31/09 | JGO | Review email from P. Allen re ████████ ████████████████ | .10 | 23.50 |

|  |  |
|---|---|
| TOTAL FEES | $423.00 |
| PHONE CALL(S)                                    8.64 | |
| TOTAL EXPENSES | $8.64 |
| TOTAL FEES PLUS EXPENSES | $431.64 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#        3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 08/05/09  Through  08/31/09 | $587.50 |
| | --------- |
| Total This Invoice - Due on Receipt | $587.50 |
| | |
| Previous Outstanding Balance | $431.64 |
| | --------- |
| Total Amount Due This Matter | $1,019.14 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#  3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                              $587.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#          3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 08/05/09 | JGO | Review email from J. Nonni re ⬛⬛⬛ review and respond to email from J. Nonni re ⬛⬛⬛ review website | .40 | 94.00 |
| 08/21/09 | JGO | Review and respond to email from J. Nonni re ⬛⬛⬛ begin analysis of legal strategy for ⬛ | .30 | 70.50 |
| 08/24/09 | JGO | Review emails from J. Nonni and P. Allen re ⬛⬛⬛ review file material and independent sales agreement; electronic memorandum to client re ⬛⬛ | 1.80 | 423.00 |

|  |  |
|--|--|
| TOTAL FEES | $587.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $587.50 |

Page  3

# Bernstein Shur
### Counselors at Law
### I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 27, 2009    Invoice#      3317603
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 09/09/09  Through  09/30/09      $869.50
                                                               ---------
Total This Invoice - Due on Receipt                             $869.50


Previous Outstanding Balance                                    $587.50
                                                               ---------
Total Amount Due This Matter                                  $1,457.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 27, 2009    Invoice#  3317603
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $869.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 27, 2009   Invoice#      3317603
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 09/09/09 | JGO | Email client re ███████████; review and respond to email from P. Allen re ████████████ | .40 | 94.00 |
| 09/10/09 | JGO | Review and respond to email from J. Nonni re ████████████████ review USPTO patent protest procedures | .30 | 70.50 |
| 09/11/09 | JGO | Prepare for and attend telephone conference with J. Nonni and P. Allen re█████████ ████████ begin drafting correspondence to opposing counsel | .60 | 141.00 |
| 09/27/09 | JGO | Review file; review USPTO applications and registrations re ██████████ draft and edit correspondence to opposing counsel re ████████; email client re ████ | 1.60 | 376.00 |
| 09/29/09 | JGO | Review and respond to multiple emails from J. Nonni re ████████████████ | .80 | 188.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $869.50 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL FEES PLUS EXPENSES | | $869.50 |

Page  3

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009   Invoice#        3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 10/01/09  Through  10/31/09        $1,198.50
                                                                  ---------
Total This Invoice - Due on Receipt                               $1,198.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009   Invoice#   3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $1,198.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009    Invoice#       3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/01/09 | JGO | Conference with D. Murphy re ▮▮▮▮ email opposing counsel re ▮▮▮▮ email client re ▮▮▮ re | .30 | 70.50 |
| 10/21/09 | JGO | Review and respond to email from client re ▮▮▮▮ | .30 | 70.50 |
| 10/28/09 | JGO | Review and respond to emails from P. Allen re ▮▮▮ begin drafting complaint | .30 | 70.50 |
| 10/31/09 | JGO | Continue drafting complaint; compilation of evidence ▮▮▮ review physical and electronic file re ▮▮▮ review relevant federal statutes re ▮▮▮ notes re ▮▮▮; searches of relevant U.S. Trademark Office filings ▮▮▮ | 4.20 | 987.00 |

|  |  |
|--|--|
| TOTAL FEES | $1,198.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $1,198.50 |

# Bernstein Shur
### Counselors at Law
#### I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#        3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 11/01/09  Through  11/30/09     $2,749.50
                                                                ---------
Total This Invoice - Due on Receipt                            $2,749.50


Previous Outstanding Balance                                   $1,198.50
                                                                ---------
Total Amount Due This Matter                                   $3,948.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#  3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                        $2,749.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
## Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#        3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/01/09 | JGO | Continue drafting and editing complaint; notes re ███ and re ███████; review file re██████ | .90 | 211.50 |
| 11/02/09 | JGO | Continue drafting and editing complaint; emails to and from J. Keenan re██████ ██████ review applicable federal and state statutory law; email client re██████ | 2.50 | 587.50 |
| 11/11/09 | JGO | Review emails from client re █████████re and ███████████████ | .20 | 47.00 |
| 11/22/09 | JGO | Edits to draft complaint; review emails and supporting evidence from J. Nonni re████ electronic memorandum to client re████████ | 1.80 | 423.00 |
| 11/23/09 | JGO | Review and respond to email from J. Nonni re████ ██████████████████████ emails to and from J. Nonni re█████████████; | .30 | 70.50 |
| 11/23/09 | JGO | Final edits to complaint; draft and edit corporate disclosure statement; prepare civil cover sheet for filing; correspondence to court re████ emails to and from J. Nonni re████████; review and respond to emails from P. Allen and J. Nonni re████████████ ████████ emails to J. Keenan re████████ ████████████████ | 3.40 | 799.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#      3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| | re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ | | | |
| 11/24/09 | JGO | Review and respond to email from J. Nonni re ▮▮▮▮▮▮▮ preparation of exhibit A; final edits to complaint, civil cover sheet and corporate disclosure; file same; emails to and from client re ▮▮▮▮and re ▮▮▮▮▮▮▮▮ | 1.80 | 423.00 |
| 11/25/09 | JGO | Draft, edit and file jury demand; review court notices r▮▮▮▮▮▮ obtain process server contacts for Auburn; email client re ▮▮▮▮ | .40 | 94.00 |
| 11/30/09 | JGO | Emails to and from R. Wheeler re ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ emails to and from client re ▮▮▮ telephone conference with original process server | .40 | 94.00 |

| | | |
|--|--|--|
| TOTAL FEES | | $2,749.50 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL FEES PLUS EXPENSES | | $2,749.50 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#        3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 12/01/09  Through  12/31/09      $3,169.50
Expenses 12/01/09    Through 12/31/09                              $508.68
                                                              ---------
Total This Invoice - Due on Receipt                           $3,678.18

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#  3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                              $3,678.18

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#    3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 12/01/09 | JGO | Attend to service issues; conference with process server re ▉▉, contact sheriff's office re ▉▉▉ | .30 | 70.50 |
| 12/02/09 | JGO | Attend to service issues | .30 | 70.50 |
| 12/03/09 | JFK | Research regarding ▉▉▉▉▉▉ ▉▉▉ Memorandum to Attorney Osborn regarding ▉▉▉ | 1.30 | 305.50 |
| 12/03/09 | JGO | Review email from J. Keenan re ▉▉▉▉▉ ▉▉▉▉▉▉▉ review Plunkett July 12, 2009 powerpoint; emails to and from client re ▉▉▉▉▉ | .50 | 117.50 |
| 12/04/09 | JGO | Continue attending to service issues; communications with sheriff re ▉▉ | .20 | 47.00 |
| 12/07/09 | JGO | Review and respond to email from J. Nonni re ▉▉▉▉▉ | .10 | 23.50 |
| 12/09/09 | JGO | Review Plunkett September 2008 powerpoint presentation; emails to and from client re ▉▉▉▉, telephone conference with S. Rinaldi of sheriff's office re ▉▉ strategy re ▉▉; Review and respond to emails from client re ▉▉▉ | 1.20 | 282.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#    3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 12/10/09 | JGO | Attend to service issues; strategy re ███████████████ | .30 | 70.50 |
| 12/11/09 | JGO | Attend to service issues; telephone conference with Cumberland County Sheriff re ███ | .20 | 47.00 |
| 12/16/09 | JGO | Office conferences with K. McGintee re ██████████ ███ electronic memorandum to client re ██████████████ ████ | .40 | 94.00 |
| 12/16/09 | KWM | Research and analysis regarding ███████ ██████████████ | 1.40 | 196.00 |
| 12/18/09 | JGO | Draft correspondence to opposing counsel re ██████████████ | .30 | 70.50 |
| 12/21/09 | JGO | Draft and edit correspondence to opposing counsel re █████████████████; email opposing counsel re ███ email client re ██ | .80 | 188.00 |
| 12/28/09 | JGO | Review email from opposing counsel; electronic memorandum to client re ███ ██████████████████ | 1.10 | 258.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#        3324717
Matter Number: 035894-00004
RE:· Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 12/29/09 | JGO | Review emails from J. Nonni re ▮▮▮▮▮ ▮▮▮▮▮; electronic memorandum to client re ▮▮▮; review evidence of ▮▮▮▮▮; conferences with K. McGintee re ▮▮▮▮▮; review and respond to emails from opposing counsel re ▮▮▮▮▮; email client re ▮▮ | 1.50 | 352.50 |
| 12/29/09 | KWM | Research case law for preliminary injunction motion; work on preliminary injunction motion. | .90 | 126.00 |
| 12/30/09 | JGO | Conferences with K. McGintee re ▮▮▮▮▮ ▮▮▮▮▮ begin drafting supporting declaration of J. Nonni | .40 | 94.00 |
| 12/30/09 | KWM | Work on Preliminary Injunction Motion. | 5.40 | 756.00 |

TOTAL FEES                                        $3,169.50

| | |
|---|---|
| PHOTOCOPY | 31.20 |
| SHERIFF FEE - PAID TO: LUCIEN ASSELIN, CONSTABLE | 70.00 |
| SHERIFF FEE - PAID TO: COUNTY OF CUMBERLAND | 43.30 |
| FEDERAL EXPRESS - PAID TO: FEDERAL EXPRESS CORPORATION | 14.18 |
| MISCELLANEOUS - PAID TO: U.S. DISTRICT COURT | 350.00 |

TOTAL EXPENSES                          $508.68

TOTAL FEES PLUS EXPENSES         $3,678.18

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010     Invoice#     3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 01/04/10   Through   02/24/10      $18,148.00
Expenses 01/04/10   Through 02/24/10                                   $1.68
                                                                 ---------
Total This Invoice - Due on Receipt                              $18,149.68


Previous Outstanding Balance                                      $3,678.18
                                                                 ---------
Total Amount Due This Matter                                     $21,827.86

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010       Invoice#   3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                              $18,149.68

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/04/10 | JGO | Conferences with K. McGintee re ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ email opposing counsel re amended complaint | .40 | 96.00 |
| 01/04/10 | KWM | Work on Motion for Preliminary Injunction. | 5.40 | 837.00 |
| 01/05/10 | JGO | Conference with K. McGintee re ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ continue drafting J. Nonni declaration | .50 | 120.00 |
| 01/05/10 | KWM | Work on Motion for Preliminary Injunction. | 8.70 | 1,348.50 |
| 01/06/10 | KWM | Work on Motion for Preliminary Injunction. | 3.70 | 573.50 |
| 01/06/10 | KWM | Work on Motion for Preliminary Injunction. | 3.70 | 573.50 |
| 01/08/10 | JGO | Review filed amended complaint; emails to and from opposing counsel re service and answer to amended complaint | .20 | 48.00 |
| 01/11/10 | JGO | Continue drafting Nonni declaration in support of PI motion; conference with K. McGintee re ▇▇▇ preparation of exhibits for Nonni declaration; review file re ▇▇▇ review, redraft and edit motion for preliminary injunction; edits to Nonni declaration; review relevant case law re ▇▇▇▇▇▇▇▇▇▇ | 4.90 | 1,176.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010      Invoice#      3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/12/10 | JGO | Review and respond to email from J. Nonni re ████████████████████ continue drafting and editing Nonni declaration; continue preparation of supporting exhibits; file review re ████; review NPS and Defendants' websites re ████████████ email J. Nonni re ████████; conference with K. McGintee re ████████ | 4.00 | 960.00 |
| 01/12/10 | KWM | Work on Preliminary Injunction Motion. | 2.20 | 341.00 |
| 01/13/10 | JGO | Email client re ████████████; edits to motion for preliminary injunction; conference with K. McGintee re ████; review and respond to email from J. Nonni re ████████ | .70 | 168.00 |
| 01/13/10 | KWM | Work on Preliminary Injunctive Motion. | 1.70 | 263.50 |
| 01/14/10 | JGO | Review and edit draft Motion for Preliminary Injunction | .40 | 96.00 |
| 01/15/10 | JGO | Continue drafting and editing motion for preliminary injunction and supporting declaration of J. Nonni; review email from J. Nonni re ████; conferences with K. McGintee re ████ | 3.70 | 888.00 |
| 01/15/10 | KWM | Work on Preliminary Injunction Motion. | .20 | 31.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/18/10 | JGO | Continue reviewing, editing and redrafting Nonni declaration and motion for preliminary injunction; email client re ████; preparation of exhibits; file same; email opposing counsel re████████████████████ | 5.00 | 1,200.00 |
| 01/18/10 | KWM | E-mail correspondence with Attorney Osborn regarding Motion for Injunction. | .30 | 46.50 |
| 01/19/10 | JGO | Conferences with S. Powers re███████████ ████████████████████████ ███████████████ correspondence to J. Nonni re ████ correspondence to opposing counsel re████████████████ telephone conference with opposing counsel re ██████████ review email from J. Nonni re ████████████; email J. Nonni re ██████ ██████████ draft and edit affidavit of service | 1.50 | 360.00 |
| 01/20/10 | JGO | Final edits to and filing of declaration of service and supporting documents; telephone conference with court re same; email opposing counsel re ███████████████ ████████ telephone conference with court re ████ ███████████████████ telephone conference with opposing counsel re ██████████████████; email clients re | 1.90 | 456.00 |
| 01/21/10 | JGO | Review and respond to email from J. Nonni re ███████████████████ | .20 | 48.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 01/22/10 | JGO | Review and respond to email from J. Nonni re ▓▓▓▓▓▓▓▓; telephone conference with client re▓ | .60 | 144.00 |
| 01/26/10 | JGO | Continue drafting and editing correspondence to opposing counsel re ▓▓▓▓▓▓▓ review client patent application; review relevant trademark registration applications; review court schedule re ▓▓▓▓▓▓▓▓▓▓▓ | 1.90 | 456.00 |
| 01/27/10 | JGO | Complete drafting and editing correspondence to opposing counsel re ▓▓▓▓▓▓▓; email client re ▓▓▓ review and respond to emails from J. Nonni and P. Allen re▓ final edits to letter to opposing counsel | .90 | 216.00 |
| 01/28/10 | JGO | Telephone conference with opposing counsel re ▓▓▓▓▓▓▓▓▓▓ | .20 | 48.00 |
| 02/01/10 | JGO | Review Court notification re answer deadline; telephone conferences with Court and opposing counsel re same; review defendants' motion to extend response deadline | .40 | 96.00 |
| 02/02/10 | JGO | Review court order re consented to motion to extend deadline to file answer; notes re ▓▓▓▓▓ | .30 | 72.00 |
| 02/04/10 | JGO | Initial review of Plunkett Answer and fifteen counterclaims; notes re ▓▓▓ | 1.10 | 264.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010      Invoice#     3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|------|--------|
| 02/05/10 | JGO | Electronic memorandum to client re ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with opposing counsel re scheduling issues | .90 | 216.00 |
| 02/08/10 | JFK | Review USPTO Office Action and correspondence with Attorney Osborn ▓▓▓▓▓ | .30 | 75.00 |
| 02/08/10 | JFK | Correspondence with Attorney Osborn ▓▓▓▓▓▓ | .20 | 50.00 |
| 02/08/10 | JGO | Review court order re scheduling order; office conference with K. McGintee re ▓▓▓▓▓▓▓▓▓ emails to and from J. Keenan re ▓▓▓▓▓▓ email client re | .40 | 96.00 |
| 02/09/10 | JGO | Review email from client re ▓▓▓▓▓ conference with K. McGintee re ▓▓▓▓▓ | .20 | 48.00 |
| 02/09/10 | KWM | Review Objection to Nationwide's Motion for Preliminary Injunction. | .80 | 124.00 |
| 02/10/10 | JGO | Conference with K. McGintee re P▓▓▓▓▓ ▓▓▓▓▓▓ review opposition; notes re | .40 | 96.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010      Invoice#      3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 02/10/10 | KWM | Research regarding ███████ draft memorandum regarding ███████ | 2.00 | 310.00 |
| 02/11/10 | JGO | Draft and send electronic memorandum to client re ███████, office conference with K. McGintee re ███████ review file material ███████ review litigation deadlines; strategy for ███████, email opposing counsel re Rule 26(f) conference | 1.80 | 432.00 |
| 02/11/10 | KWM | Work on memo ███████ | 3.60 | 558.00 |
| 02/12/10 | JGO | Review email from J. Nonni re ███████ email J. Nonni and P. Allen ███████ and re ███████ telephone conference with J. Nonni and P. Allen re ███████; notes for ███████ review email from opposing counsel re Rule 26 conference | 1.20 | 288.00 |
| 02/14/10 | JGO | Notes for ███████ strategy; notes for ███████ | .30 | 72.00 |

Page    8

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010      Invoice#      3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 02/15/10 | JGO | Review and respond to emails from client re ████████████████████; review K. McGintee memorandum re ████, review and respond to emails from opposing counsel re scheduling issues; emails to K. McGintee re ████████████████ begin drafting witness affidavits; strategy ████████ | 2.00 | 480.00 |
| 02/15/10 | KWM | E-mail correspondence with Attorney Osborn regarding ██████████████████ | .20 | 31.00 |
| 02/16/10 | JGO | Conferences with K. McGintee re ████████████████████ | .30 | 72.00 |
| 02/16/10 | KWM | Work on Reply Memorandum. | .90 | 139.50 |
| 02/17/10 | KWM | Work on Reply Memorandum. | .40 | 62.00 |
| 02/18/10 | KWM | Work on Reply Memorandum. | 2.30 | 356.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/19/10 | JGO | Review and notes re ███████████ email J. Nonni re ███████ review counterclaims; draft Allen affidavit; draft answer to counterclaim; preparation of exhibits to Allen affidavit; review emails from J. Nonni re ███████████ review Plunkett affidavit and exhibits; conference with K. McGintee re ██████ | 4.20 | 1,008.00 |
| 02/19/10 | KWM | Work on Reply Memorandum. | 7.50 | 1,162.50 |
| 02/20/10 | JGO | Review ████████████ from client; draft affidavit of ██████ conferences with K. McGintee re ████████████ | 1.40 | 336.00 |
| 02/20/10 | KWM | Work on Reply Memorandum. | 3.40 | 527.00 |
| 02/21/10 | KWM | Work on Reply Memorandum; research ██████ review Affidavits. | 4.40 | 682.00 |

|  |  |
|--|--|
| TOTAL FEES | $18,148.00 |
| PHONE CALL(S)          1.68 | |
| TOTAL EXPENSES | $1.68 |
| TOTAL FEES PLUS EXPENSES | $18,149.68 |

Page  10

# Bernstein Shur
## Counselors at Law
### I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010     Invoice#        3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 02/22/10  Through  02/28/10     $4,349.50
                                                               ---------
Total This Invoice - Due on Receipt                            $4,349.50


Previous Outstanding Balance                                  $11,668.48
                                                               ---------
Total Amount Due This Matter                                  $16,017.98


Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010      Invoice# 3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $4,349.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010     Invoice#     3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/22/10 | KWM | Work on Reply Memorandum in support of Preliminary Injunction Motion. | 4.20 | 651.00 |
| 02/23/10 | JGO | Review and edit Allen and Smith affidavits; review, edit and redraft reply memo in support of preliminary injunction motion; emails to client re ████████████ emails to K. McGintee re ██████ | 3.20 | 768.00 |
| 02/23/10 | KWM | Work on Reply Memorandum. | 6.00 | 930.00 |
| 02/24/10 | JGO | Conferences with K. McGintee re █████████ ████████████ review emails from K. McGintee re ██████; continue drafting answer to counterclaims and affirmative defenses; emails to and from J. Nonni re █████████ edits to ████████ emails to and from P. Allen re ████████ edits to ████████ continued edits to reply brief and responses to affirmative defenses and counterclaims; telephone conference with J. Nonni re ██████ ████████████████ | 5.00 | 1,200.00 |
| 02/24/10 | KWM | Work on Reply Memorandum; e-mail correspondence with client regarding ████████████; work on Declarations; prepare exhibits. | 4.20 | 651.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010     Invoice#      3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/26/10 | JGO | Telephone conferences with K. McGintee re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telephone calls to and from opposing counsel re ▮▮▮▮▮▮ ▮▮▮▮▮▮ | .30 | 72.00 |
| 02/26/10 | KWM | E-mail correspondence with opposing counsel regarding ▮▮▮▮▮▮▮▮; telephone conference with clerk of Court regarding same. | .50 | 77.50 |

|  |  |  |
|---|---|---|
| TOTAL FEES | | $4,349.50 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL FEES PLUS EXPENSES | | $4,349.50 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010        Invoice#        3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 03/01/10  Through  03/31/10      $13,321.50
Expenses 03/01/10    Through 03/31/10                                $38.13
                                                                 ---------
Total This Invoice - Due on Receipt                             $13,359.63

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#  3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $13,359.63

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/01/10 | JGO | Prepare for and attend hearing re ▓▓▓▓ telephone conference with opposing counsel re ▓▓▓ review court order re conference of counsel; electronic memorandum to client re ▓▓▓ review motions filed by Defendant re admission of attorneys | 2.10 | 504.00 |
| 03/02/10 | JGO | Telephone conference with opposing counsel re litigation scheduling, pre-hearing discovery and settlement | .70 | 168.00 |
| 03/03/10 | JGO | Review motions re preliminary injunction; analysis of ▓▓▓ review notes of ▓▓▓; review Plunkett objection to court scheduling order; electronic memorandum to client re ▓▓▓ | 2.30 | 552.00 |
| 03/04/10 | JGO | Review email from J. Nonni re ▓▓▓ review legal options ▓▓▓ electronic memorandum to client re ▓▓▓; draft and send correspondence to opposing counsel re preliminary injunction hearing, ▓▓▓ fraudulent transfer issues and PowerPay funding of Plunkett's suit; email client re ▓▓▓ | 2.90 | 696.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 03/05/10 | JGO | Emails to and from J. Nonni re ▮▮▮ telephone conference with J. Nonni ▮▮▮ begin drafting initial disclosures; telephone conference with opposing counsel re preliminary injunction hearing; draft statement to court re conduct of preliminary injunction hearing | 2.50 | 600.00 |
| 03/06/10 | JGO | Review material from client re ▮▮▮ continue drafting initial disclosures; strategy re ▮▮▮ | 1.20 | 288.00 |
| 03/07/10 | JGO | Complete first draft of initial disclosures; email client re ▮▮▮ email opposing counsel re ▮▮▮ | 1.40 | 336.00 |
| 03/08/10 | JGO | Email K. McGintee re ▮▮▮ complete drafting notice re hearing on oral argument; telephone conference with court re same; email opposing counsel re same; email client re ▮▮▮ review and respond to emails from client re ▮▮▮ file joint statement re PI hearing; email K. McGintee re ▮▮▮ final edits to initial disclosures; email opposing counsel re same | 1.70 | 408.00 |
| 03/08/10 | KWM | Work on Motion to Amend Counterclaim. | 1.10 | 170.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 03/09/10 | JGO | Notes re ▮▮▮▮; email K. McGintee re ▮▮▮▮ review court order re hearing on preliminary injunction motion; telephone conference with K. McGintee re ▮▮▮▮ telephone conference with court re oral argument on motion for preliminary injunction; review court order re preliminary injunction hearing | 1.00 | 240.00 |
| 03/09/10 | KWM | Telephone conference ▮▮▮▮ e-mail correspondence with Attorney Osborn regarding ▮▮. | .60 | 93.00 |
| 03/10/10 | JGO | Strategy notes for ▮▮▮▮; review Plunkett initial disclosures; notes re ▮▮; draft and send electronic memorandum to client re ▮▮▮▮, discovery planning and ▮▮▮▮; office conference with K. McGintee re ▮▮▮▮ ▮▮▮▮ draft and file opposition to Defendants' objection to scheduling order; | 2.30 | 552.00 |
| 03/10/10 | KWM | Strategize regarding ▮▮▮▮ ▮▮▮▮ | .30 | 46.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/11/10 | JGO | Review draft motion to amend answer to counterclaims; emails to and from K. McGintee re ▮▮ telephone conference with K. McGintee re ▮▮▮ review and respond to email from J. Nonni re ▮▮▮; notes re ▮▮▮ | 1.10 | 264.00 |
| 03/11/10 | KWM | E-mail correspondence from Jamie Nonni regarding ▮▮▮ | .20 | 31.00 |
| 03/12/10 | JGO | Review court order re Defendants' objection to scheduling order; research re ▮▮▮ review and respond to emails from client re ▮▮▮ telephone conference with J. Nonni re ▮▮▮ and send electronic correspondence to opposing counsel re insufficiency of initial disclosures; ▮▮▮ notes; final edits to motion to amend answer and amended answer; file same; | 3.10 | 744.00 |
| 03/12/10 | KWM | Work on Motion to Amend Answer. | .40 | 62.00 |
| 03/15/10 | JGO | Review emails from J. Nonni re ▮▮▮ initial review of draft Plunkett patent; notes re ▮▮▮; office conference with K. McGintee re ▮▮▮ | 1.20 | 288.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/16/10 | JGO | Review court order re motion to amend answer to counterclaims; edit and file amended answer to counterclaims; review emails from J. Nonni re ███████████ ████ draft and send electronic correspondence to opposing counsel re insufficient initial disclosures; notes re ██████████ notes for ███████████████ strategy; notes ████████████ notes ████ | 3.00 | 720.00 |
| 03/16/10 | KWM | Research regarding ████████████████████ ████████████████████. | 2.70 | 418.50 |
| 03/17/10 | JGO | Office conference with K. McGintee re ██████ ████████████████ continue notes ███████████ continue notes ████ ████████████████ | 1.70 | 408.00 |
| 03/17/10 | KWM | Research regarding ████████████ prepare memo regarding ████ | 2.90 | 449.50 |
| 03/18/10 | JGO | Telephone conference with K. McGintee re █████████; continued strategy notes for discovery; electronic memorandum to client re ████████████████████ ████████████ | 2.10 | 504.00 |

Page   7

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/18/10 | KWM | Research regarding █████████████ ██████████ | 1.50 | 232.50 |
| 03/19/10 | JGO | Review email from K. McGintee re ████████. notes re ████; review, redraft and edit motion to compel initial disclosures; prepare exhibits for same; file same; draft and edit first set of interrogatories; correspondence to opposing counsel re ████, email client re ████ | 2.80 | 672.00 |
| 03/19/10 | KWM | Research regarding ███████████ ██████████ | 2.80 | 434.00 |
| 03/22/10 | JGO | Telephone conference with court re ████████ compel initial disclosures; email client re ██████████████ preparation for oral argument on motion for preliminary injunction | 3.20 | 768.00 |
| 03/23/10 | JGO | Prepare for and attend hearing on motion for preliminary injunction; electronic memorandum to client re █████; review email from client re ████ review emails from client ████ ██████████████████ | 3.20 | 768.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#     3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 03/24/10 | JGO | Review court order granting motion for preliminary injunction; notes re ████████ electronic memorandum to client re ████; telephone conference with client re ████████; conferences with potential bonding companies | 2.00 | 480.00 |
| 03/25/10 | JFK | Review court preliminary injunction order; Review USPTO manual of examining procedures regarding ████████████; Correspondences with Attorney Osborn regarding ████ | .80 | 200.00 |
| 03/25/10 | JGO | Emails to and from J. Keenan re ████████████; review court notice to USPTO re ████, review USPTO rules ████████████ | .50 | 120.00 |
| 03/26/10 | JGO | Telephone conference with K. McGintee re ████████████ review email from K. McGintee to client re ████; conference with K. McGintee re ████████████; telephone conference with K. McGintee re ████████; review and respond to email from J. Nonni re ████████; email opposing counsel re dispute over initial disclosures and deactivation of getmunicipay.com domain | 1.20 | 288.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#     3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/28/10 | JGO | Review and respond to email from K. McGintee re ████████████ | .10 | 24.00 |
| 03/29/10 | JGO | Review emails from K. McGintee and J. Nonni re ████████████ conferences with K. McGintee re ███████ review and respond to emails from J. Nonni re ███ ████████████ review emails from defendant to NPS leads using NPS material and Municipay Mark; email J. Nonni re ██████; notes for ████████████ email opposing counsel re injunction and re discovery dispute over initial disclosures; email client re ████████████ | 1.60 | 384.00 |
| 03/30/10 | JGO | Review court order re complete filing of preliminary injunction bond; review amended bond; emails to and from opposing counsel re dispute over initial disclosures; telephone conference with opposing counsel re dispute over initial disclosures; notes re same; electronic correspondence to opposing counsel re same | 1.40 | 336.00 |
| 03/31/10 | JGO | Review email from opposing counsel re dispute over initial disclosures; email client re ████████ telephone conference with the court re same | .30 | 72.00 |

TOTAL FEES                    $13,321.50

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010        Invoice#        3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | Hours | Amount |
|------|------|-------|--------|
| | PHONE CALL(S) | 13.44 | |
| | SECRETARY OVERTIME | 8.23 | |
| | SECRETARY OVERTIME | 16.46 | |
| | TOTAL EXPENSES | | $38.13 |
| | TOTAL FEES PLUS EXPENSES | | $13,359.63 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010          Invoice#          3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 04/01/10   Through   04/30/10      $5,946.50
Expenses 04/01/10    Through 04/30/10                                $136.72
                                                                 ---------
Total This Invoice - Due on Receipt                              $6,083.22


Previous Outstanding Balance                                    $13,359.63
                                                                 ---------
Total Amount Due This Matter                                    $19,442.85

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010          Invoice#  3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $6,083.22

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law.  We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you.  We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010        Invoice#        3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 04/01/10 | JGO | Review preliminary injunction bond rider and correspondence to court and opposing counsel re ▮ | .20 | 48.00 |
| 04/01/10 | KWM | Review correspondence from Court regarding bond rider. | .20 | 31.00 |
| 04/02/10 | JGO | Strategy notes ▮▮▮▮ | .20 | 48.00 |
| 04/05/10 | JGO | ▮▮▮▮ notes; begin drafting document requests and interrogatories to Defendants | .30 | 72.00 |
| 04/06/10 | JGO | Drafting of initial discovery requests and general discovery strategy outline | .60 | 144.00 |
| 04/07/10 | JGO | Review email from J. Nonni re ▮▮▮ ▮▮▮ electronic memorandum to J. Nonni re ▮▮▮ ▮▮▮ | .50 | 120.00 |
| 04/08/10 | JGO | Strategy notes for discovery requests | .20 | 48.00 |
| 04/12/10 | JGO | Telephone conference with K. McGintee re ▮▮▮ email K. McGintee re expert ▮▮▮ strategy and notes | 1.20 | 288.00 |
| 04/12/10 | KWM | Work on Request for Production of Documents; review Complaint to determine ▮▮▮ ▮▮▮ | .40 | 62.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010          Invoice#        3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/13/10 | JGO | Strategy ███████████████████; notes re ████████████████; draft second set of interrogatories and first set of document requests | .60 | 144.00 |
| 04/14/10 | JGO | ███████strategy; conferences with K. McGintee re ████████████████████ ██████████ review treatise material re ██████ ████████████ notes re██████ | 1.60 | 384.00 |
| 04/14/10 | KWM | Work on Request for Production of Documents. | .40 | 62.00 |
| 04/16/10 | KWM | Work on Request for Production of Documents. | 1.00 | 155.00 |
| 04/19/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 4.30 | 666.50 |
| 04/20/10 | JGO | Conferences with K. McGintee re ████████; ██████████████████, review Plunkett answers and objections to first set of interrogatories; notes re █████ notes re ████████████ | 1.00 | 240.00 |
| 04/20/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 3.60 | 558.00 |

Page    4

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010      Invoice#      3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/21/10 | JGO | Discovery planning and strategy; conferences with K. McGintee ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review schedule; further notes re ▮▮▮▮▮▮▮▮▮▮▮; review and edit first draft of document requests and second set of interrogatories | 1.40 | 336.00 |
| 04/21/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 3.70 | 573.50 |
| 04/22/10 | JGO | Review PowerPay/Gov Pay bid to City of Portland for ▮▮▮▮▮▮▮▮▮▮▮▮; review email from J. Nonni re ▮▮▮▮▮▮▮; draft and send electronic memorandum to J. Nonni and P. Allen re ▮▮▮▮▮▮▮; conferences with K. McGintee re ▮▮▮▮▮▮▮; notes fo▮ | 1.90 | 456.00 |
| 04/23/10 | JGO | Review and respond to email from J. Nonni re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; notes re ▮▮▮; litigation master schedule and strategy; review evidence re ▮▮▮▮▮▮▮; email K. McGintee re ▮▮▮▮▮▮▮ notes for ▮▮▮▮▮▮▮ continued edits to and redrafting of discovery requests | 3.00 | 720.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010        Invoice#        3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 04/23/10 | KWM | Work on discovery requests; review discovery plan. | .30 | 46.50 |
| 04/29/10 | JGO | Review supplemental interrogatory answers from Plunkett; notes re ■■■; continue drafting discovery requests; review file material re ■■■ | .50 | 120.00 |
| 04/30/10 | JGO | Draft discovery requests; review file material and pleadings re ■■ telephone conference with opposing counsel re litigation scheduling; ■■■ strategy; review file material re ■■ | 2.60 | 624.00 |

|  | TOTAL FEES | $5,946.50 |
|--|-----------|-----------|

CERTIFIED MAIL - PAID TO: GENERAL COURIER        68.36
CERTIFIED MAIL - PAID TO: GENERAL COURIER        68.36

|  | TOTAL EXPENSES | $136.72 |
|--|----------------|---------|
|  | TOTAL FEES PLUS EXPENSES | $6,083.22 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice#        3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 04/21/10  Through  05/31/10      $3,580.00
                                                                ---------
Total This Invoice - Due on Receipt                             $3,580.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice#  3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $3,580.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur

Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010      Invoice#      3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/21/10 | KWM | Portland City Clerk's office to review | .80 | 124.00 |
| 05/03/10 | JGO | Continued edits to and redrafting of First Set of Document Requests and Second Set of Interrogatories; review pleadings and file material re ⬛; notes re ⬛ ; notes re ⬛ ; email J. Nonni re ⬛ ; review email from J. Nonni ⬛ ; email J. Nonni re ⬛ ; telephone conference with opposing counsel re deficiencies with answers to first set of interrogatories and re potential discovery dispute over same | 3.40 | 816.00 |
| 05/04/10 | JGO | Complete review of file material and pleadings re ⬛ strategy notes re ⬛; complete editing and drafting of discovery requests; conference with K. McGintee re ⬛ discovery strategy ⬛ ; attend to scheduling issues | 2.70 | 648.00 |
| 05/05/10 | JGO | File review re ⬛ ; final edits to first set of document requests and second set of interrogatories | .40 | 96.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice#        3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 05/10/10 | JGO | Review email from J. Nonni re ▮▮▮ | .20 | 48.00 |
| 05/10/10 | JGO | Review and respond to email from J. Nonni re ▮▮▮ strategy; review file re ▮▮ litigation strategy ▮ | .90 | 216.00 |
| 05/18/10 | JGO | Review email from J. Nonni re ▮▮▮ email J. Nonni re ▮▮▮ review federal court deadlines re joinder of parties; strategy notes re ▮▮▮ review and respond to email from J. Nonni re ▮ | 1.30 | 312.00 |
| 05/19/10 | JGO | Strategy re ▮▮▮ | .30 | 72.00 |
| 05/24/10 | JGO | Telephone conference with office re ▮▮ | .20 | 48.00 |
| 05/25/10 | JGO | Review and respond to emails from J. Nonni re ▮▮▮ review draft letter to ▮▮▮ telephone conferences with client re ▮▮▮ | .90 | 216.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010      Invoice#      3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 05/26/10 | JGO | Review draft correspondence to ███████; edits to same; email client re ███ | .60 | 144.00 |
| 05/27/10 | JGO | Telephone calls to and from opposing counsel re withdrawal; review notification of motion to withdraw and motion for extension; electronic memorandum to client re ██████ | .40 | 96.00 |
| 05/28/10 | JGO | Notes re ██████; notes re █████ review and respond to emails from P. Allen and J. Nonni re████ telephone conference with court re Defendants' motions; begin drafting opposition to motion for enlargement; telephone conference with opposing counsel re same; complete drafting and file opposition to motion for enlargement; email opposing counsel re Plunkett contact information; review and respond to email from client re ████ | 3.10 | 744.00 |

|  |  |
|--|--|
| TOTAL FEES | $3,580.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $3,580.00 |

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010      Invoice#       3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 06/01/10  Through  06/30/10     $4,654.50
                                                               ---------
Total This Invoice - Due on Receipt                            $4,654.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010        Invoice#   3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $4,654.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
**Counselors at Law**
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010    Invoice#    3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/01/10 | JGO | Emails to and from opposing counsel re conference with court; emails to and from opposing counsel re Plunkett contact information; email client ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ telephone conference with court re discovery conference; telephone conference with opposing counsel re discovery issues; emails to and from J. Nonni re ▇▇▇▇▇▇▇▇ emails to and from P. Allen re ▇▇▇▇▇ | 1.40 | 336.00 |
| 06/02/10 | JGO | Review email from P. Allen re ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ preparation for discovery conference with court; emails to and from opposing counsel re same; telephone conference with court re opposing counsels' motion to withdraw and Defendants' motion for extension of time | 1.90 | 456.00 |
| 06/03/10 | JGO | Review court order re motion to withdraw and for extension of time to answer discovery; electronic memorandum to P. Allen and J. Nonni ▇▇▇▇▇ | 1.10 | 264.00 |
| 06/07/10 | JGO | Email P. Allen and J. Nonni re ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | .10 | 24.00 |
| 06/08/10 | JGO | Review and respond to emails from J. Nonni re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | .30 | 72.00 |
| 06/14/10 | JGO | Emails to and from former opposing counsel re deadline for Plunkett to obtain new c▇▇▇▇ | .20 | 48.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010        Invoice#        3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/15/10 | JGO | Telephone conference to opposing counsel re Plunkett retention of new counsel; conference with K. McGintee re ▉▉▉▉▉▉ review and respond to emails from J. Nonni re▉ | .60 | 144.00 |
| 06/16/10 | JGO | Email opposing counsel re retention of new counsel for Defendants; review email from client re▉▉▉▉▉▉; review court order re motion to withdraw; conference with K. McGintee re▉▉▉▉▉ emails to and from J. Plunkett re ▉▉▉▉▉; notes for motion for default; electronic memorandum to client ▉ | 1.20 | 288.00 |
| 06/17/10 | JGO | Emails to and from J. Plunkett re negotiation discussion; notes for ▉▉▉▉ email K. McGintee re ▉▉▉; telephone conference with Defendants re ▉; draft and send electronic memorandum to client re ▉▉▉▉▉▉ ▉▉▉▉▉▉; review and edit motion for default; email K. McGintee re▉ | 2.50 | 600.00 |
| 06/17/10 | KWM | Work on Motion for Entry of Default Against Plunkett & Company; draft Affidavit of John Osborn in support of same. | 2.40 | 372.00 |

Page    4

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010      Invoice#      3340036
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/18/10 | JGO | Review and edit motion for entry of default and declaration of J. Osborn; email K. McGintee re ▬▬ email defendants re ▬▬ electronic memorandum to client re ▬▬ ▬▬ | 1.40 | 336.00 |
| 06/18/10 | KWM | Work on Motion for Entry of Default Against Plunkett & Company; file same. | 1.20 | 186.00 |
| 06/21/10 | JGO | Review USPTO office action re suspension of Municipay application until resolution of federal lawsuit; review USPTO notification of withdrawal of Plunkett's counsel; email J. Keenan re ▬▬ email client re ▬▬ | .30 | 72.00 |
| 06/22/10 | JGO | Review and respond to email from J. Nonni re ▬▬ ; draft and correspondence to Defendants re ▬▬ ; review emails from J. Nonni re ▬▬ electronic memorandum to client re ▬▬ | 1.80 | 432.00 |
| 06/23/10 | JGO | Review email from J. Nonni re ▬▬ ▬▬ ; review complaint and answer re ▬▬ ; email J. Nonni re ▬▬ | .40 | 96.00 |

Page    5

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010      Invoice#      3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/24/10 | JGO | Review email from J. Nonni re ███████ ████████ review existing document requests re ███████ ███████; review civil remedy options for ███████; email client re ███████ review and respond to email from P. Allen re ████ | .60 | 144.00 |
| 06/24/10 | KWM | Draft 30(b)(6) deposition notice and deposition notice of James Plunkett. | 1.50 | 232.50 |
| 06/28/10 | JGO | Draft Subpoena to ███████ ███████ review email from J. Nonni re ████ emails to and from P. Nichols re ███████; draft electronic correspondence to Defendants re deposition notices and re discovery dispute over lack of discovery responses; review and edit 30(b)(6) deposition notice of Plunkett & Company; review and edit deposition notice of Plunkett; edits to PowerPay subpoena; correspondence to defendants re various discovery issues | 2.30 | 552.00 |

TOTAL FEES                          $4,654.50

TOTAL EXPENSES                        $0.00

TOTAL FEES PLUS EXPENSES            $4,654.50

Page   6

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice#      3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 07/01/10   Through   07/31/10      $9,276.50
Expenses 07/01/10    Through 07/31/10                               $111.20
                                                                 ---------
Total This Invoice - Due on Receipt                              $9,387.70

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010       Invoice#  3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                              $9,387.70

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#      3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/01/10 | JGO | Review court calendar re motion for default; telephone call to Defendant re discovery conference | .20 | 48.00 |
| 07/02/10 | JGO | Emails and correspondence to Defendants re discovery violations; telephone conference with court re same; begin drafting motion for sanctions; review file material and correspondence re ████ review Court June 2, 2010 Order re same; email former opposing counsel re same | 2.40 | 576.00 |
| 07/06/10 | JGO | Review and respond to emails from Defendant Plunkett re deposition scheduling and discovery dispute; review email from J. Nonni re ████████; electronic memorandum to client re ████████; continue drafting motion for sanctions; begin drafting consent motion for limited extension of discovery period; review and respond to emails from J. Nonni re ████████████; complete drafting consent motion to extend discovery; file same; email defendants re same and re rescheduling of depositions; continue drafting motion for sanctions | 2.70 | 648.00 |
| 07/07/10 | JGO | Continue drafting motion for sanctions; continue draft supporting affidavit; review file material re ████ review email from J. Plunkett re deposition scheduling | 2.90 | 696.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice#       3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 07/08/10 | JGO | Review court order granting limited motion to extend discovery period; complete drafting and editing motion for sanctions and supporting affidavit; preparation of exhibits; file motion; email Defendants re same and re depositions | 1.80 | 432.00 |
| 07/12/10 | JGO | Draft and send electronic correspondence to Defendants re scheduling of depositions for July 21, 2010 and re Defendants' obligation to respond to settlement demand; draft and send electronic correspondence to Defendants re depositions; draft and send electronic memorandum to client re ▮▮▮▮▮▮ | 1.10 | 264.00 |
| 07/13/10 | JGO | Emails to and from K. McGintee re s▮▮▮▮ ▮▮▮▮▮▮ telephone conference with K. McGintee ▮▮▮▮▮▮ | .40 | 96.00 |
| 07/13/10 | KWM | Conference with clerk of court regarding entry of default against Plunkett & Company. | .20 | 31.00 |
| 07/14/10 | JGO | Conference with P. Nichols re ▮▮▮▮ ▮▮▮▮ review email from P. Nichols to PowerPay re ▮▮ | .20 | 48.00 |
| 07/16/10 | JGO | Review court order re deadline for motion for default judgment against Plunkett & Company; scheduling issues re same | .20 | 48.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/18/10 | JGO | Preparation for depositions of J. Plunkett and Plunkett & Company; email counsel for PowerPay re compliance with subpoena | .60 | 144.00 |
| 07/19/10 | JGO | Preparation for Plunkett and Plunkett & Company depositions; email J. Plunkett re same | .30 | 72.00 |
| 07/20/10 | JGO | Emails to and from J. Plunkett re deposition of Plunkett and Plunkett & Company | .20 | 48.00 |
| 07/21/10 | JGO | Notes for ▬▬▬▬▬▬▬▬▬ begin drafting same; preparation of exhibits for same; | 1.70 | 408.00 |
| 07/22/10 | JGO | Draft and edit correspondence to counsel for PowerPay re compliance with subpoena and potential Lanham Act suit; Continue drafting second motion for sanctions; begin drafting motion for declaratory judgment against Plunkett & Company | 2.00 | 480.00 |
| 07/23/10 | JGO | Complete drafting and editing emergency motion for sanctions; complete drafting and editing supporting affidavit; complete preparation of supporting exhibits; file motion and supporting documents; electronic memorandum to client re ▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬; email J. Plunkett re motion for sanctions and re settlement demand | 5.30 | 1,272.00 |

# Bernstein·Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#       3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/26/10 | JGO | Review and respond to emails from counsel for PowerPay re response to subpoena; review court order re Defendants' deadline to respond to emergency motion for sanctions; draft correspondence to Defendants re same | .40 | 96.00 |
| 07/27/10 | JGO | Correspondence to Defendants re emergency motion for sanctions; initial review of Defendants' motion to dismiss; initial review of Defendants' answers to Plaintiff's interrogatories and requests for admissions; electronic memorandum to client ████████████ ██████████████████; review and respond to email from counsel for PowerPay re response to document subpoena; begin drafting motion to extend summary judgment deadline and motion for default judgment | 2.80 | 672.00 |
| 07/28/10 | JGO | Review court order re deadline for filing opposition to Plunkett Motion to Dismiss; draft motion to extend time to file dispositive motions; email Plunkett re same; review email from Plunkett re ████████ ████████ email Plunkett re same; electronic memorandum to client re ████, complete drafting motion to extend time to file dispositive motions; begin drafting motion for default judgment against Defendant Plunkett & Company | 4.50 | 1,080.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010      Invoice#      3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 07/29/10 | JGO | Continue drafting motion for default judgment; research re ████ edits to and filing of consented to motion to stay and extend deadlines | 4.50 | 1,080.00 |
| 07/30/10 | JGO | Continue drafting and editing motion for default judgment; review case law re ████ ██████ review case law re ██████ ██████ conference with K. McGintee re ████, review court order granting motion to stay | 4.00 | 960.00 |
| 07/30/10 | KWM | Research case law for ████████████ | .50 | 77.50 |

|  | TOTAL FEES | $9,276.50 |
|--|-----------|-----------|
| PHOTOCOPY | 111.20 | |
|  | TOTAL EXPENSES | $111.20 |
|  | TOTAL FEES PLUS EXPENSES | $9,387.70 |

# Bernstein Shur

Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 08/02/10   Through   08/31/10 | $4,776.00 |
| Expenses 08/02/10    Through 08/31/10 | $16.87 |
| | --------- |
| Total This Invoice - Due on Receipt | $4,792.87 |
| | |
| Previous Outstanding Balance | $9,387.70 |
| | --------- |
| Total Amount Due This Matter | $14,180.57 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

### Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

```
Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074
```

```
September 7, 2010   Invoice#  3343626
Matter Number: 035894-00004
RE:  Trademark Infingement
```

```
Total This Invoice                              $4,792.87
```

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

**REQUIRED PRIVACY ACT NOTICE**

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010   Invoice#      3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 08/02/10 | JGO | Complete drafting and editing application for default judgment; complete review of case law ▉▉▉▉▉▉▉▉▉; file same | 3.30 | 792.00 |
| 08/03/10 | JGO | Notes for ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, review and respond to email from counsel for PowerPay re response to subpoena | .40 | 96.00 |
| 08/05/10 | JGO | Begin drafting motion to strike Defendants' motion to dismiss | .60 | 144.00 |
| 08/09/10 | JGO | Telephone conference with counsel for PowerPay re review of PowerPay documents | .30 | 72.00 |
| 08/10/10 | JGO | Review and respond to email from J. Plunkett re settlement demand; email client re ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ review and respond to email from J. Nonni re ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ notes ▉▉▉ | 1.00 | 240.00 |
| 08/11/10 | JGO | Continue drafting motion to strike Defendants' motion to dismiss; telephone conference with J. Nonni re ▉▉▉▉▉▉ ▉▉▉▉▉ | 1.80 | 432.00 |
| 08/12/10 | JGO | Continue drafting motion to strike; telephone conference with Defendant; telephone conference with court re scheduling issues | 1.80 | 432.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:   Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 08/16/10 | JGO | Draft opposition to Defendants' motion to dismiss; notes re ███████ review federal rules re ████ review discovery requests re ████ comparison of requests to Defendants' exhibits; email counsel for PowerPay re subpoena | 4.10 | 984.00 |
| 08/17/10 | JGO | Continue drafting and editing opposition to Defendants' motion to dismiss; complete editing supporting affidavit; file opposition and affidavit; email Defendants re same; electronic memorandum to client re ██████ ████████████████████████████ review email from counsel for PowerPay | 5.10 | 1,224.00 |
| 08/18/10 | JGO | Review and respond to emails from J. Nonni re ███████████ review Plunkett emails re ████ telephone calls to and from counsel for PowerPay re review of requested documents | .40 | 96.00 |
| 08/24/10 | JGO | Email counsel for PowerPay re document review and enforcement of subpoena | .20 | 48.00 |
| 08/25/10 | JGO | Review and reply to email from counsel for PowerPay re document review | .20 | 48.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 08/26/10 | JGO | Review email from counsel for PowerPay re production of documents; review court deadlines re motions for sanctions and motion for default judgment; telephone conference with court re hearing on motion for default judgment | .40 | 96.00 |
| 08/31/10 | JGO | Emails to and from counsel for PowerPay re document review; telephone conference with court re rulings on pending motions | .30 | 72.00 |

|  | | |
|--|--|--|
| TOTAL FEES | | $4,776.00 |
| SECRETARY OVERTIME | 16.87 | |
| TOTAL EXPENSES | | $16.87 |
| TOTAL FEES PLUS EXPENSES | | $4,792.87 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#        3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 09/02/10  Through  09/30/10     $4,965.00
                                                               ---------
Total This Invoice - Due on Receipt                            $4,965.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice# 3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $4,965.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
**Counselors at Law**
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#        3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 09/02/10 | JGO | Draft and send electronic memorandum to J. Nonni re█████████████ review█ ███████documents; conference with counsel for PowerPay; review email from J. Nonni re█████████████ electronic memorandum to J. Nonni re████ █████████████████ | 3.70 | 888.00 |
| 09/03/10 | JGO | Review and respond to email from J. Nonni re ███████████████████████; email counsel for PowerPay re document production issues; review subpoena to PowerPay | 1.00 | 240.00 |
| 09/14/10 | JGO | Review court order re adjustment of trial date given pending motion to dismiss;  review emails from J. Nonni re██████████████ ██████████, telephone conference with court re motion for default judgment | .90 | 216.00 |
| 09/15/10 | JGO | Telephone conference with court re proposed order for application for default judgment against Plunkett & Company; strategy ██████ | .60 | 144.00 |
| 09/16/10 | JGO | Review court order on Plunkett's motion to dismiss and issue sanctions; notes ██████ electronic memorandum to client ██████ ██████████████████████ strategy and notes ██████████████; draft | 4.40 | 1,056.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#      3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| | | proposed order; review and respond to emails from J. Nonni and P. Allen re ███████; review and respond to email from J. Nonni re ███████; review relevant case law re ████████ | | |
| 09/17/10 | JGO | Continue drafting and editing proposed judgment and order on application for default judgment against Plunkett & Company; review Lanham Act provisions and local rules re ██████ telephone conference with court re same; file same; draft correspondence to counsel for PowerPay re delays, gaps and problems with PowerPay document production | 3.30 | 792.00 |
| 09/20/10 | JGO | Draft and edit correspondence to counsel for PowerPay regarding production of documents in response to subpoena | 1.00 | 240.00 |
| 09/21/10 | JGO | Telephone conference with court re ruling on motions for sanctions | .20 | 48.00 |
| 09/28/10 | JGO | Review and respond to email from counsel for PowerPay re response to subpoena; email client re ████████; strategy re ████████ | .40 | 96.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


October 19, 2010     Invoice#      3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 09/29/10 | JGO | Review email from client re ▓▓▓▓ telephone conference with counsel for PowerPay re production and re information needed to demonstrate Plunkett & Company revenues from Portland/S. Portland contracts and from other PowerPay contracts; notes ▓ strategy notes ▓▓▓▓ review and notes re ▓ | 2.10 | 504.00 |
| 09/30/10 | JGO | Conferences with P. Nichols re ▓▓▓▓ strategy re ▓▓▓ telephone conference with counsel for PowerPay re production issues; notes re PowerPay emails; review emails from J. Nonni ▓▓▓▓ notes ▓▓▓ | 2.80 | 672.00 |
| 09/30/10 | RPN | Confer with John Osborn concerning ▓▓▓ | .50 | 69.00 |

|                          |            |
|--------------------------|------------|
| TOTAL FEES               | $4,965.00  |
| TOTAL EXPENSES           | $0.00      |
| TOTAL FEES PLUS EXPENSES | $4,965.00  |

# Bernstein Shur

Counselors at Law

I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 10/01/10   Through  11/30/10      $31,766.10
Expenses 10/01/10    Through 11/30/10                               $110.70
                                                                 ---------
Total This Invoice - Due on Receipt                              $31,876.80


Previous Outstanding Balance                                      $4,965.00
                                                                 ---------
Total Amount Due This Matter                                     $36,841.80

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Remittance Copy**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#  3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $31,876.80

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

**REQUIRED PRIVACY ACT NOTICE**

Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law.  We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you.  We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | JGO | Review court order re motions for sanctions; review records re ███████████████████████ ███████████████████████████; review updated court schedule; electronic memorandum to client re ██████████████████████████ ███████████; draft second deposition notice; notes for deposition of Plunkett; electronic correspondence to Plunkett re deposition and re order on motion for sanctions; notes for █████████████; review and respond to email from Plunkett re deposition | 4.50 | 1,080.00 |
| 10/01/10 | RPN | Conduct deduplication of e-mail and .pst file produced by opposing counsel, draft e-mail to John Osborn | 2.00 | 276.00 |
| 10/04/10 | JGO | Emails to and from defendant re deposition; notes re █████████████ | .40 | 96.00 |
| 10/04/10 | RPN | Finish deduplication of e-mail file produced to Attorney John Osborn, draft e-mail correspondence | .20 | 27.60 |
| 10/05/10 | JGO | Email counsel for PowerPay re meeting with █████; notes re ████████████████; notes re█████████ | .70 | 168.00 |
| 10/06/10 | JGO | Review and respond to emails from counsel for PowerPay re document production; telephone conference with counsel for PowerPay re same; preparation for meeting with PowerPay | .40 | 96.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 10/07/10 | JGO | Emails to and from K. McGintee re ███████; conference with counsel for PowerPay re outstanding documents; review portions of PowerPay production re ████████; strategy ████████ preparation for Plunkett deposition | 3.20 | 768.00 |
| 10/08/10 | JGO | Emails to and from J. Plunkett re rescheduling of deposition at Plunkett's request; deposition preparation; telephone conference with PowerPay representatives re document production; | 2.50 | 600.00 |
| 10/11/10 | JGO | Review and respond to email from counsel for PowerPay re additional document production; review produced documents re ████████; electronic memorandum to client re ████████ ██████████ notes for ████████ | 1.00 | 240.00 |
| 10/12/10 | JGO | Continue preparing for and notes re Plunkett deposition; review and respond to email from J. Nonni re ████████ ██████████ notes r████; email J. Nonni re ██████ | 3.40 | 816.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/13/10 | JGO | Review and respond to emails from J. Nonni re ▮▮▮▮▮▮▮▮▮▮; review Plunkett prospectus to NPS re Municipay technology; deposition preparation; notes re ▮▮▮▮▮▮▮▮; telephone conference with J. Nonni; preparation of deposition exhibits | 5.00 | 1,200.00 |
| 10/14/10 | JGO | Prepare for and attend deposition of J. Plunkett; notes ▮▮▮▮▮▮ | 5.00 | 1,200.00 |
| 10/15/10 | JGO | Notes re ▮▮▮▮▮▮▮▮; begin drafting ▮▮▮; review notes from Plunkett deposition; electronic memorandum to client ▮▮▮▮▮ | 2.20 | 528.00 |
| 10/18/10 | JGO | Continue drafting motion for summary judgment and supporting statement of material fact; review relevant case law re ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ | 6.00 | 1,440.00 |
| 10/19/10 | JGO | Continue drafting motion for summary judgment, supporting statement of material facts and supporting affidavits; review file material and filed motions re ▮▮▮; email Defendant re enlargement of page limitation for motion for summary judgment; review case law re ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; begin drafting motion to enlarge page limit | 5.80 | 1,392.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#       3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|------|------|
| 10/20/10 | JGO | Draft and edit motion to enlarge page limit for motion for summary judgment; continue drafting statement of material facts and motion for summary judgment; strategy notes ▮▮▮▮▮; file motion to enlarge page limit for motion for summary judgment; emails to Plunkett re same; email client re ▮▮▮▮ | 4.50 | 1,080.00 |
| 10/21/10 | JGO | Continue drafting and editing motion for summary judgment and supporting statement of material facts; draft Second Nonni Declaration; emails to and from client re ▮▮▮▮▮▮ review email from Defendant re summary judgment motion; conferences with K. McGintee re ▮▮▮▮▮; emails to and from K. McGintee re ▮▮▮; preparation of exhibits for motion for summary judgment | 6.00 | 1,440.00 |
| 10/21/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/22/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/24/10 | JGO | Draft and edit motion for summary judgment; emails to and from K. McGintee re ▮▮▮; draft and edit supporting statement of material facts; draft and edit declaration of J. Nonni; review case law re ▮▮▮▮▮▮▮▮ | 5.50 | 1,320.00 |
| 10/24/10 | KWM | Work on Summary Judgment Motion. | 1.30 | 201.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 10/25/10 | JGO | Emails and conferences with K. McGintee and R. Wheeler re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; continue drafting and editing motion for summary judgment; continue drafting and editing J. Nonni declaration; email J. Nonni re ▓▓▓; continue drafting and editing statement of material facts; review case law re ▓▓▓▓▓▓▓▓▓▓▓▓▓; preparation of exhibits; draft and edit J. Osborn declaration; telephone conference with client re ▓▓▓▓▓▓▓▓▓▓▓▓▓; final edits; file same | 11.00 | 2,640.00 |
| 10/25/10 | KWM | Work on Motion for Summary Judgment. | 6.60 | 1,023.00 |
| 10/26/10 | JGO | Electronic correspondence to Defendant re motion for summary judgment; electronic memorandum to client ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; begin drafting pre-trial memorandum; telephone conference with court clerk re pre-trial schedule; review court order re rescheduling of trial; review and respond to email from J. Plunkett re deposition transcript | 1.70 | 408.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 10/27/10 | JGO | Review and respond to email from J. Keenan re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review USPTO database re ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ review and notes re ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; file management | 1.90 | 456.00 |
| 10/28/10 | JGO | Review court order re default damages hearing; telephone conference with court re scheduling of same; electronic memorandum to client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; electronic correspondence to J. Plunkett re same; notes re preparation; emails to and from client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓; begin drafting pre-hearing memorandum for court; notes re ▓▓▓▓▓▓▓▓▓ | 3.50 | 840.00 |
| 10/29/10 | JGO | Continue drafting pre-hearing memorandum; email counsel for PowerPay re documents needed for hearing | 2.20 | 528.00 |
| 10/31/10 | JGO | Email client re ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ hearing notes | .20 | 48.00 |
| 11/01/10 | JGO | Review email from counsel for PowerPay re acquisition of contract with Plunkett & Company; notes re ▓▓▓▓▓▓▓▓▓▓▓▓▓ | .40 | 96.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/02/10 | JGO | Review file material re ▮▮▮▮▮▮▮▮▮ email J. Nonni re▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; email J. Plunkett re damages hearing review email from counsel for PowerPay re contract with Plunkett; notes re ▮▮▮▮▮▮▮▮▮▮▮▮▮; emails to and from J. Nonni and J. Carpenter re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; prepare for conference ▮▮▮▮▮▮▮ | 2.50 | 600.00 |
| 11/03/10 | JGO | Prepare for and attend conference with P. Allen and J. Nonni re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; notes for ▮▮▮▮▮▮; review Plunkett pre-hearing request for documents; email client▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; continue drafting pre-hearing memorandum to court; email counsel for PowerPay re requested documents; prepare exhibits | 4.80 | 1,152.00 |
| 11/04/10 | JGO | Preparation of exhibits for default damages hearing; continue drafting and editing pre-hearing memorandum; conferences with E. Albert-Knopp re ▮▮▮▮▮▮▮▮▮▮▮▮; review case law ▮▮▮▮▮▮; notes ▮▮▮▮▮▮ | 7.20 | 1,728.00 |

Page    9

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#       3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| | | ▓▓▓▓▓; complete preparation and filing of exhibits; complete drafting and editing pre-hearing memorandum; file same; examination notes; review email from counsel for PowerPay and PowerPay executives re contract with City of Portland; email defendant re damages hearing | | |
| 11/04/10 | EAK | Researching ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.40 | 510.00 |
| 11/05/10 | JGO | Review and respond to emails from Defendant re damages hearing; review court order re Defendant pre-hearing request for documentation; draft opposition to Defendant's pre-hearing request; edit and file same; email Defendant re same; emails to client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review court order denying prehearing request; email client ▓▓▓▓▓▓▓▓ | 6.00 | 1,440.00 |
| 11/07/10 | JGO | Preparation for damages hearing; preparation for Nonni examination; preparation for Plunkett examination; review case law re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; notes re ▓▓▓▓▓▓▓▓▓; notes re ▓▓▓▓▓▓▓▓▓▓; review Plunkett deposition transcript | 4.00 | 960.00 |



# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/08/10 | JGO | Prepare for and attend damages hearing on motion for default judgment against Plunkett & Company; notes for ▬▬▬▬▬▬▬; conferences with J. Nonni re ▬▬▬▬▬▬▬▬▬ review final witness list, exhibit list and minutes of proceedings; notes ▬▬▬▬▬ notes ▬▬▬▬▬▬▬ | 4.60 | 1,104.00 |
| 11/09/10 | JGO | Draft and send electronic memorandum to client re ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬ review notes from hearing re ▬▬▬ | 1.30 | 312.00 |
| 11/11/10 | JGO | Review Defendant's notes ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬; email client ▬▬▬; file management; review court schedule re summary judgment briefing; notes ▬▬▬ ▬▬▬▬▬▬▬▬▬ judgment; | 1.40 | 336.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/15/10 | JGO | Telephone conference with court re filing of opposition to Nationwide motion for summary judgment; review Uniform Fraudulent Transfer Act; draft and send correspondence to Defendant re fraudulent transfer of assets and re settlement discussions; review email from J. Nonni ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ email J. Nonni and P. Allent ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ | 2.10 | 504.00 |
| 11/16/10 | JGO | Emails to and from K. McGintee re ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review federal case law and treatise material re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review first circuit law re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ email client ▓▓▓▓▓▓▓ | 1.90 | 456.00 |
| 11/18/10 | JGO | Notes re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ file management; review case law re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.20 | 528.00 |
| 11/19/10 | JGO | Review motion for summary judgment and statement of material facts re ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; telephone conference with court re same; review relevant case law re ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; notes re ▓▓▓▓ electronic memorandum to client ▓▓ ▓▓▓▓▓ | 3.70 | 888.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | | Hours | Amount |
|------|------|--|--|-------|--------|
| | | TOTAL FEES | | | $31,766.10 |
| PHOTOCOPY | | | 35.60 | | |
| SECRETARY OVERTIME | | | 75.10 | | |
| | | TOTAL EXPENSES | | | $110.70 |
| | | TOTAL FEES PLUS EXPENSES | | | $31,876.80 |

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#    3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 12/02/10  Through  12/31/10      $222.50
                                                              ---------
Total This Invoice - Due on Receipt                             $222.50


Previous Outstanding Balance                                 $31,876.80
                                                              ---------
Total Amount Due This Matter                                 $32,099.30

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#  3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $222.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

**REQUIRED PRIVACY ACT NOTICE**
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
#### I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#        3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 12/02/10 | JGO | Review and respond to email from P. Allen re ███████████████████████████; review docket re ███ | .30 | 72.00 |
| 12/07/10 | JGO | Review and respond to email from J. Keenan re ████████████████████████████ | .20 | 48.00 |
| 12/16/10 | TAS | Conference with J. Osborn | .50 | 102.50 |

TOTAL FEES                          $222.50

TOTAL EXPENSES                       $0.00

TOTAL FEES PLUS EXPENSES            $222.50

Page  3

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011        Invoice#        3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 01/10/11  Through  02/28/11      $1,319.30
                                                                 ---------
Total This Invoice - Due on Receipt                             $1,319.30


Previous Outstanding Balance                                     $222.50
                                                                 ---------
Total Amount Due This Matter                                    $1,541.80

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011     Invoice#  3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                  $1,319.30

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011          Invoice#          3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/10/11 | TAS | Email correspondence with J. Nonni | .30 | 66.00 |
| 02/01/11 | TAS | Review recommended decision; email correspondence with client; email correspondence with Kai Mcgintee. | .20 | 44.00 |
| 02/01/11 | KWM | Receive and review Order on Motion for Default Judgment; e-mails to and from Attorney Small regarding ▇▇. | .90 | 148.50 |
| 02/01/11 | ML1 | Receipt of ECF Notice as to Court's Decision and Findings of Fact; e-mail from Attorney Small regarding ▇▇▇ | .10 | 11.20 |
| 02/01/11 | ML1 | Review Court's Decision and Findings of Fact; save same; copy text of Order and forward to Attorney Small | .40 | 44.80 |
| 02/01/11 | ML1 | Calendar deadline to Object to Report & Recommended Decision | .10 | 11.20 |
| 02/02/11 | TAS | Review recommended decision on default; email correspondence with K. McGintee | .40 | 88.00 |
| 02/02/11 | KWM | E-mail correspondence with Attorney Small regarding ▇▇▇. | .20 | 33.00 |
| 02/04/11 | ML1 | Receipt and review of Report & Recommended Decision on MSJ; calendar Objection deadline; forward same to Attorney Small & McGintee | .20 | 22.40 |
| 02/07/11 | TAS | Review recommended decision; email correspondence with J. Nonni | .20 | 44.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011       Invoice#       3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/09/11 | KWM | Receive and review Order on Summary Judgment Motion. | .40 | 66.00 |
| 02/16/11 | TAS | Call with J. Nonni. | .30 | 66.00 |
| 02/17/11 | TAS | Brief review of objection to recommended decision; email correspondence with J. Nonni; call with K. McGintee; review objection to recommended decision | 1.30 | 286.00 |
| 02/17/11 | KWM | Receive and review filings and upcoming deadlines. | .30 | 49.50 |
| 02/17/11 | ML1 | Confer with Attorney Small ~~about dates deadlines~~ ~~Recommended~~ ~~date Judge~~; review on line docket to ensure no Orders from Judge accepting Recommended Decisions on the MSJ or the Motion for Default Judgment; confirm with Attorney Small ~~Judge~~ ~~accepting recommended~~ | .20 | 22.40 |
| 02/18/11 | TAS | Review objections to recommended decisions | .30 | 66.00 |
| 02/18/11 | KWM | Review Plunkett's objections to Magistrate's decisions. | .30 | 49.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011      Invoice#      3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/18/11 | ML1 | Receipt and review of ECF Notices of Plunkett's Objection to the Recommended Decision to the Motion for Default Judgment and Motion for Extension of Time and his and Objection to the Recommended Decision for MSJ and all 32 attachments thereto; save same to DMS; calendar deadlines to Reply; detailed e-mail to Attorneys McGintee and Small | 1.40 | 156.80 |
| 02/25/11 | TAS | Review email from J. Nonni; email correspondence with J. Nonni | .20 | 44.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $1,319.30 |
| TOTAL EXPENSES | | $0.00 |
| TOTAL FEES PLUS EXPENSES | | $1,319.30 |

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011      Invoice#      3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 03/03/11  Through  03/31/11      $2,644.60
                                                                 ---------
Total This Invoice - Due on Receipt                              $2,644.60

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Remittance Copy**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011      Invoice#  3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $2,644.60

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

**REQUIRED PRIVACY ACT NOTICE**

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011    Invoice#        3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 03/03/11 | TAS | Conference with K. McGintee; call J. Plunkett; work on motion to enlarge time. | .40 | 88.00 |
| 03/03/11 | ML1 | Assist Attorney Small's assistant with e-filing | .40 | 44.80 |
| 03/03/11 | ML1 | Receipt and review of Motion to Extend Deadline to Respond to Defendants' Opposition to Recommended Decision; save same to DMS; update pleading index with pleadings since Attorney Small entered appearance | .40 | 44.80 |
| 03/04/11 | ML1 | Receipt and review of Order Granting Motion to Extend Deadline to Respond to Defendants' Opposition to Recommended Decision; save to DMS; confer with Attorneys Small and McGintee ▓▓▓▓▓▓▓▓▓▓▓ calendar same | .10 | 11.20 |
| 03/09/11 | TAS | Research; work on responses to objections to recommended decisions | 6.90 | 1,518.00 |
| 03/10/11 | TAS | Finalize responses to objections to recommended decisions | .50 | 110.00 |
| 03/10/11 | ML1 | Assist Attorney Small's assistant with e-filing of Nationwide's Response to Defendants' Objections to both Recommended Decisions | .40 | 44.80 |
| 03/16/11 | TAS | Review court orders; email correspondence with J. Nonnie and P. Allen; email correspondence with W. Paradis re: ▓▓▓▓▓▓▓▓ | .20 | 44.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011        Invoice#        3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/16/11 | ML1 | Confer with Attorney Small as to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | .10 | 11.20 |
| 03/16/11 | ML1 | Receipt and review of Orders Affirming Recommended Decisions for Motion for Default and Motion for Summary Judgment; convert to PDF and save to DMS; ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | .30 | 33.60 |
| 03/16/11 | ML1 | Confer with Attorney Small as to ▮▮▮▮ ▮▮▮▮initial research▮▮▮ | .40 | 44.80 |
| 03/17/11 | WJP | Brief meeting with Atty Small re:▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | .30 | 63.00 |
| 03/17/11 | TAS | Research▮▮▮▮▮▮▮▮▮▮▮▮ | 1.30 | 286.00 |
| 03/17/11 | ML1 | Confer with Attorney Small regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮Diary Master | .20 | 22.40 |
| 03/21/11 | TAS | Review amended court order; email correspondence with J. Nonnie and P. Allen | .20 | 44.00 |
| 03/22/11 | TAS | Email correspondence with J. Nonni | .10 | 22.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011      Invoice#      3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/31/11 | TAS | Review file; email correspondenc with M. Libby re: ████████████ | .20 | 44.00 |
| 03/31/11 | ML1 | Attend to ECF Notices of Amended Orders; updating pleading indexes | .40 | 44.80 |
| 03/31/11 | ML1 | Confer with Attorney Small████████████ | .10 | 11.20 |
| 03/31/11 | ML1 | Review Court's Orders; review rules 54.2 & 54.3; compute appeal deadlines and deadlines to file Attorney Fee Claim and Bill of Costs; detailed e-mail to Attorney Small regarding ████████████ | .60 | 67.20 |
| 03/31/11 | ML1 | Confer with Attorneys Small and Paradis ████████████████████████ | .20 | 22.40 |
| 03/31/11 | ML1 | Compare Order and Amended Order for differences; confer with Attorney Small ████████████ | .20 | 22.40 |

|  |  |
|--|--|
| TOTAL FEES | $2,644.60 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $2,644.60 |

*----- CLIENT INFORMATION -----*

**Nationwide Payment Solutions**          ( ) BILL COSTS AND FEES          ( ) DO NOT BILL

400 Technology Way                        ( ) BILL FEES ONLY               ( ) CLOSE FILE
Scarborough, ME 04074                     ( ) BILL COSTS ONLY              ( ) FINAL BILL
                                          ( ) APPLY FROM IOLTA             ( ) BILL AT $ _____

*----- MATTER DESCRIPTION -----*                                    *----- MATTER NUMBER -----*
Trademark Infingement                                                035894-00004
Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

*---- BILLING ATTORNEY ----*        *---- RESPONSIBLE ATTORNEY ----*        *---- ORIGINATING ATTORNEY ----*
        JLC                                   JGO                                   JLC
   JOHN L CARPENTER                       JOHN OSBORN                          JOHN L CARPENTER

BILL TEMPLATE: C2                                               PRACTICE CODE:    667
TIME FORMAT:  34                                                ARRANGEMENT:   HB
CLAIM #:                                                        JOINT BILL ID: 035894
LAST BILL DATE:  04/18/11             OPEN DATE: Apr 15, 2009    CLOSED DATE:
LAST PAYMENT DATE: 03/21/11

*---- TIME ENTRIES -----*

| INIT | DATE | STAT | RATE | HOURS | AMOUNT | CUMULATIVE | DESCRIPTION | INDEX |
|------|------|------|------|-------|--------|------------|-------------|-------|
| ML1 | 04/04/11 | B | 112.00 | 0.10 | 11.20 | 11.20 | Confer with Attorneys Small and Keenan ▓▓▓▓ ▓▓▓▓ | 3004840 |
| ML1 | 04/07/11 | B | 112.00 | 0.10 | 11.20 | 22.40 | Confer with Attorney Small ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ | 3007505 |
| ML1 | 04/07/11 | B | 112.00 | 1.90 | 212.80 | 235.20 | Telephone call with Clerk as to Writs; telephone call to Lewiston District Court regarding Disclosure dates; review disclosure proceedings; review amended order/judgment again; review Bill of Costs form; request copies of invoices and proforma; begin pulling costs and preparing Bill of Costs; provide to Attorney Small | 3007738 |
| ML1 | 04/08/11 | B | 112.00 | 0.10 | 11.20 | 246.40 | Confer with Attorney Small ▓▓▓▓▓▓▓▓▓▓▓▓; ensure deadline to file same and request Writs is calendared | 3008096 |
| TAS | 04/11/11 | B | 220.00 | 0.10 | 22.00 | 268.40 | Email correspondence with J. Keenan | 3008707 |
| TAS | 04/12/11 | B | 220.00 | 0.10 | 22.00 | 290.40 | Review filing from Plunkett; email correspondence with J. Nonni and P. Allen | 3010645 |
| ML1 | 04/12/11 | B | 112.00 | 0.30 | 33.60 | 324.00 | Receipt and review of Plunkett's Report to Court; convert to PDF and forward same to Attorney Small and McGintee | 3010653 |
| ML1 | 04/12/11 | B | 112.00 | 0.80 | 89.60 | 413.60 | Finalize Bill of Costs; continue to work on Attorney Fee claim | 3010679 |

FEE SUBTOTAL:          413.60

```
BALANCE DUE FROM PREVIOUS STATEMENT ...........................     2,644.60
LESS PAYMENT(S) ...............................................         0.00
LESS ADJUSTMENT(S) ............................................         0.00

                                                                 ------------
BALANCE FORWARD ...............................................     2,644.60


TIMECARD SUB-TOTAL (     3.50 ) ...............................       413.60
DISBURSEMENT SUB-TOTAL ........................................         0.00
SUB-TOTAL CURRENT PERIOD ......................................       413.60
TOTAL DUE .....................................................     3,058.20
```

```
*---------------------------TIME AND FEE SUMMARY--------------------*
*---------TIMEKEEPER----------*   RATE   HOURS    %      FEES     %
TED SMALL                       220.00     .20   5.7     44.00  10.6
MARCIA A. LIBBY                 112.00    3.30  94.3    369.60  89.4
                      TOTALS              3.50          413.60
```

```
*--------------------LEDGER SUMMARY--------------------------------------*
Ledger Code    Ledger Description      Debit      Credit    Credit Applied To
-----------    ------------------      -----      ------    -----------------
PAY            PAYMENT                          115142.02
                                                           114119.40  FEES
                                                              704.20  HCOST
                                                              318.42  SCOST
FEES           FEES                 116764.00
HCOST          HARD COST               704.20
SCOST          SCOST                   318.42
                                    ---------  ---------
TOTAL                               117786.62  115142.02

AGED ACCOUNTS RECEIVABLE:    2644.60  (-30)    0.00  (31-60)    0.00  (61-90)    0.00  (91-120)    0.00  (+)
```