# Bernstein Shur
**Counselors at Law**
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#        3324717
Matter Number: 035894-00004
RE:   Trademark Infingement

Fees for Professional Services 12/01/09   Through   12/31/09        $3,169.50
Expenses 12/01/09   Through 12/31/09                                  $508.68
                                                                   ---------
Total This Invoice - Due on Receipt                                 $3,678.18

   Please return the enclosed REMITTANCE COPY with your
       payment to ensure proper credit to your account.



# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#   3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $3,678.18

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____   Exp. Date _____

Signature _____   Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law.  We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you.  We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010   Invoice#     3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 12/01/09 | JGO | Attend to service issues; conference with process server re ▇▇▇ contact sheriff's office re ▇▇▇ | .30 | 70.50 |
| 12/02/09 | JGO | Attend to service issues | .30 | 70.50 |
| 12/03/09 | JFK | Research regarding ▇▇▇ Memorandum to Attorney Osborn regarding ▇▇▇ | 1.30 | 305.50 |
| 12/03/09 | JGO | Review email from J. Keenan re ▇▇▇ review Plunkett July 12, 2009 powerpoint; emails to and from client re ▇▇▇ | .50 | 117.50 |
| 12/04/09 | JGO | Continue attending to service issues; communications with sheriff re ▇▇▇ | .20 | 47.00 |
| 12/07/09 | JGO | Review and respond to email from J. Nonni re Plunkett use of trademark in presentation for NPS | .10 | 23.50 |
| 12/09/09 | JGO | Review Plunkett September 2008 powerpoint presentation; emails to and from client re ▇▇▇ telephone conference with S. Rinaldi of sheriff's office re ▇▇▇ strategy re ▇▇▇ Review and respond to emails from client re ▇▇▇ | 1.20 | 282.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#        3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/10/09 | JGO | Attend to service issues; strategy re ▇ | .30 | 70.50 |
| 12/11/09 | JGO | Attend to service issues; telephone conference with Cumberland County Sheriff re ▇ | .20 | 47.00 |
| 12/16/09 | JGO | Office conferences with K. McGintee re ▇ electronic memorandum to client re ▇ | .40 | 94.00 |
| 12/16/09 | KWM | Research and analysis regarding ▇ | 1.40 | 196.00 |
| 12/18/09 | JGO | Draft correspondence to opposing counsel re ▇ | .30 | 70.50 |
| 12/21/09 | JGO | Draft and edit correspondence to opposing counsel re ▇ email opposing counsel re ▇ email client re ▇ | .80 | 188.00 |
| 12/28/09 | JGO | Review email from opposing counsel; electronic memorandum to client re ▇ | 1.10 | 258.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#         3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | Description | Hours | Amount |
|---|---|---|---|---|
| 12/29/09 | JGO | Review emails from J. Nonni re ▮▮▮▮▮ electronic memorandum to client re ▮ review evidence of ▮▮▮ conferences with K. McGintee re ▮▮▮▮ review and respond to emails from opposing counsel re ▮▮▮▮ ; email client re ▮▮ | 1.50 | 352.50 |
| 12/29/09 | KWM | Research case law for preliminary injunction motion; work on preliminary injunction motion. | .90 | 126.00 |
| 12/30/09 | JGO | Conferences with K. McGintee re ▮▮▮▮ ; begin drafting supporting declaration of J. Nonni | .40 | 94.00 |
| 12/30/09 | KWM | Work on Preliminary Injunction Motion. | 5.40 | 756.00 |

                                    TOTAL FEES                    $3,169.50

| | |
|---|---|
| PHOTOCOPY | 31.20 |
| SHERIFF FEE - PAID TO: LUCIEN ASSELIN, CONSTABLE | 70.00 |
| SHERIFF FEE - PAID TO: COUNTY OF CUMBERLAND | 43.30 |
| FEDERAL EXPRESS - PAID TO: FEDERAL EXPRESS CORPORATION | 14.18 |
| MISCELLANEOUS - PAID TO: U.S. DISTRICT COURT | 350.00 |

                        TOTAL EXPENSES                 $508.68

                        TOTAL FEES PLUS EXPENSES       $3,678.18