# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---:|
| Fees for Professional Services 07/01/10 Through 07/31/10 | $9,276.50 |
| Expenses 07/01/10 Through 07/31/10 | $111.20 |
| Total This Invoice - Due on Receipt | $9,387.70 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

EXHIBIT 2

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#  3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                  $9,387.70

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law. We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/01/10 | JGO | Review court calendar re motion for default; telephone call to Defendant re discovery conference | .20 | 48.00 |
| 07/02/10 | JGO | Emails and correspondence to Defendants re discovery violations; telephone conference with court re ▮▮▮ begin drafting motion for sanctions; review file material and correspondence re ▮▮▮; review Court June 2, 2010 Order re same; email former opposing counsel re ▮▮▮ | 2.40 | 576.00 |
| 07/06/10 | JGO | Review and respond to emails from Defendant Plunkett re deposition scheduling and discovery dispute; review email from J. Nonni re ▮▮▮; electronic memorandum to client re ▮▮▮ continue drafting motion for sanctions; begin drafting consent motion for limited extension of discovery period; review and respond to emails from J. Nonni re ▮▮▮; complete drafting consent motion to extend discovery; file same; email defendants re same and re rescheduling of depositions; continue drafting motion for sanctions | 2.70 | 648.00 |
| 07/07/10 | JGO | Continue drafting motion for sanctions; continue draft supporting affidavit; review file material re ▮▮▮; review email from J. Plunkett re deposition scheduling | 2.90 | 696.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


August 16, 2010     Invoice#     3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/08/10 | JGO | Review court order granting limited motion to extend discovery period; complete drafting and editing motion for sanctions and supporting affidavit; preparation of exhibits; file motion; email Defendants re same and re depositions | 1.80 | 432.00 |
| 07/12/10 | JGO | Draft and send electronic correspondence to Defendants re scheduling of depositions for July 21, 2010 and re Defendants' obligation to respond to settlement demand; draft and send electronic correspondence to Defendants re depositions; draft and send electronic memorandum to client ▮▮▮▮▮▮ | 1.10 | 264.00 |
| 07/13/10 | JGO | Emails to and from K. McGintee ▮▮▮▮▮▮; telephone conference with K. McGintee re ▮▮▮▮▮▮ | .40 | 96.00 |
| 07/13/10 | KWM | Conference with clerk of court regarding entry of default against Plunkett & Company. | .20 | 31.00 |
| 07/14/10 | JGO | Conference with P. Nichols re ▮▮▮▮; review email from P. Nichols to PowerPay re ▮▮▮ | .20 | 48.00 |
| 07/16/10 | JGO | Review court order re deadline for motion for default judgment against Plunkett & Company; scheduling issues re same. | .20 | 48.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


August 16, 2010      Invoice#      3341481
Matter Number: 035894-00004
RE:  Trademark Infingement


| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/18/10 | JGO | Preparation for depositions of J. Plunkett and Plunkett & Company; email counsel for PowerPay re compliance with subpoena | .60 | 144.00 |
| 07/19/10 | JGO | Preparation for Plunkett and Plunkett & Company depositions; email J. Plunkett re same | .30 | 72.00 |
| 07/20/10 | JGO | Emails to and from J. Plunkett re deposition of Plunkett and Plunkett & Company | .20 | 48.00 |
| 07/21/10 | JGO | Notes for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; begin drafting ▇▇▇▇; preparation of exhibits for ▇▇▇▇; | 1.70 | 408.00 |
| 07/22/10 | JGO | Draft and edit correspondence to counsel for PowerPay re compliance with subpoena and potential Lanham Act suit; Continue drafting second motion for sanctions; begin drafting motion for declaratory judgment against Plunkett & Company | 2.00 | 480.00 |
| 07/23/10 | JGO | Complete drafting and editing emergency motion for sanctions; complete drafting and editing supporting affidavit; complete preparation of supporting exhibits; file motion and supporting documents; electronic memorandum to client re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; email J. Plunkett re motion for sanctions and re settlement demand | 5.30 | 1,272.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


August 16, 2010     Invoice#       3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/26/10 | JGO | Review and respond to emails from counsel for PowerPay re response to subpoena; review court order re Defendants' deadline to respond to emergency motion for sanctions; draft correspondence to Defendants re same | .40 | 96.00 |
| 07/27/10 | JGO | Correspondence to Defendants re emergency motion for sanctions; initial review of Defendants' motion to dismiss; initial review of Defendants' answers to Plaintiff's interrogatories and requests for admissions; electronic memorandum to client ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review and respond to email from counsel for PowerPay re response to document subpoena; begin drafting motion to extend summary judgment deadline and motion for default judgment | 2.80 | 672.00 |
| 07/28/10 | JGO | Review court order re deadline for filing opposition to Plunkett Motion to Dismiss; draft motion to extend time to file dispositive motions; email Plunkett re same; review email from Plunkett ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email Plunkett re same; electronic memorandum to client re ▓▓▓; complete drafting motion to extend time to file dispositive motions; begin drafting motion for default judgment against Defendant Plunkett & Company | 4.50 | 1,080.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice#        3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 07/29/10 | JGO | Continue drafting motion for default judgment; research re ▮▮▮▮; edits to and filing of consented to motion to stay and extend deadlines | 4.50 | 1,080.00 |
| 07/30/10 | JGO | Continue drafting and editing motion for default judgment; review case law re ▮▮▮▮▮▮▮▮; review case law re ▮▮▮▮▮▮▮▮ conference with K. McGintee re ▮▮▮▮; review court order granting motion to stay | 4.00 | 960.00 |
| 07/30/10 | KWM | Research case law for motion for default judgment against Plunkett & Company. | .50 | 77.50 |

|  |  |
|---|---|
| TOTAL FEES | $9,276.50 |
| PHOTOCOPY | 111.20 |
| TOTAL EXPENSES | $111.20 |
| TOTAL FEES PLUS EXPENSES | $9,387.70 |