# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:   Trademark Infingement

| | |
|---|---:|
| Fees for Professional Services 10/01/10  Through  11/30/10 | $31,766.10 |
| Expenses 10/01/10   Through 11/30/10 | $110.70 |
| Total This Invoice - Due on Receipt | $31,876.80 |
| Previous Outstanding Balance | $4,965.00 |
| Total Amount Due This Matter | $36,841.80 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

EXHIBIT 3

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#    3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $31,876.80

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law. We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | JGO | Review court order re motions for sanctions; review records re ▓▓▓▓; review updated court schedule; electronic memorandum to client re ▓▓▓▓ draft second deposition notice; notes for deposition of Plunkett; electronic correspondence to Plunkett re deposition and re order on motion for sanctions; notes for ▓▓▓▓ review and respond to email from Plunkett re deposition | 4.50 | 1,080.00 |
| 10/01/10 | RPN | Conduct deduplication of e-mail and .pst file produced by opposing counsel, draft e-mail to John Osborn | 2.00 | 276.00 |
| 10/04/10 | JGO | Emails to and from defendant re deposition; notes re ▓▓▓▓ | .40 | 96.00 |
| 10/04/10 | RPN | Finish deduplication of e-mail file produced to Attorney John Osborn, draft e-mail correspondence | .20 | 27.60 |
| 10/05/10 | JGO | Email counsel for PowerPay re meeting with ▓▓▓▓ notes re ▓▓▓▓ notes re ▓▓▓▓ | .70 | 168.00 |
| 10/06/10 | JGO | Review and respond to emails from counsel for PowerPay re document production; telephone conference with counsel for PowerPay re same; preparation for meeting with PowerPay | .40 | 96.00 |

Page   3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/07/10 | JGO | Emails to and from K. McGintee re ▮▮▮▮ ▮▮▮▮; conference with counsel for PowerPay re outstanding documents; review portions of PowerPay production re ▮▮▮▮ ▮▮▮▮; strategy ▮▮▮▮ ▮▮▮▮; preparation for Plunkett deposition | 3.20 | 768.00 |
| 10/08/10 | JGO | Emails to and from J. Plunkett re rescheduling of deposition at Plunkett's request; deposition preparation; telephone conference with PowerPay representatives re document production; | 2.50 | 600.00 |
| 10/11/10 | JGO | Review and respond to email from counsel for PowerPay re additional document production; review produced documents re ▮▮▮▮ ▮▮▮▮; electronic memorandum to client re ▮▮▮▮ ▮▮▮▮ notes for ▮▮▮▮ | 1.00 | 240.00 |
| 10/12/10 | JGO | Continue preparing for and notes re Plunkett deposition; review and respond to email from J. Nonni re ▮▮▮▮ ▮▮▮▮ notes re ▮▮▮▮ email J. Nonni re ▮▮▮▮ | 3.40 | 816.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/13/10 | JGO | Review and respond to emails from J. Nonni re ▮▮▮▮▮; review Plunkett prospectus to NPS re Municipay technology; deposition preparation; notes re ▮▮▮▮; telephone conference with J. Nonni; preparation of deposition exhibits | 5.00 | 1,200.00 |
| 10/14/10 | JGO | Prepare for and attend deposition of J. Plunkett; notes ▮▮▮ | 5.00 | 1,200.00 |
| 10/15/10 | JGO | Notes re ▮▮▮▮; begin drafting ▮▮▮; review notes from Plunkett deposition; electronic memorandum to client re ▮▮ | 2.20 | 528.00 |
| 10/18/10 | JGO | Continue drafting motion for summary judgment and supporting statement of material fact; review relevant case law re ▮▮▮▮ | 6.00 | 1,440.00 |
| 10/19/10 | JGO | Continue drafting motion for summary judgment, supporting statement of material facts and supporting affidavits; review file material and filed motions re ▮▮▮ email Defendant re enlargement of page limitation for motion for summary judgment; review case law re ▮▮▮▮▮; begin drafting motion to enlarge page limit | 5.80 | 1,392.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/20/10 | JGO | Draft and edit motion to enlarge page limit for motion for summary judgment; continue drafting statement of material facts and motion for summary judgment; strategy notes re ▓▓▓; file motion to enlarge page limit for motion for summary judgment; emails to Plunkett re same; email client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; | 4.50 | 1,080.00 |
| 10/21/10 | JGO | Continue drafting and editing motion for summary judgment and supporting statement of material facts; draft Second Nonni Declaration; emails to and from client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review email from Defendant re summary judgment motion; conferences with K. McGintee re ▓▓▓▓▓▓▓▓▓▓▓▓; emails to and from K. McGintee re ▓▓▓; preparation of exhibits for motion for summary judgment | 6.00 | 1,440.00 |
| 10/21/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/22/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/24/10 | JGO | Draft and edit motion for summary judgment; emails to and from K. McGintee re ▓▓▓; draft and edit supporting statement of material facts; draft and edit declaration of J. Nonni; review case law re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 5.50 | 1,320.00 |
| 10/24/10 | KWM | Work on Summary Judgment Motion. | 1.30 | 201.50 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/25/10 | JGO | Emails and conferences with K. McGintee and R. Wheeler re ▇▇▇▇; continue drafting and editing motion for summary judgment; continue drafting and editing J. Nonni declaration; email J. Nonni re ▇▇; continue drafting and editing statement of material facts; review case law re ▇▇▇▇; preparation of exhibits; draft and edit J. Osborn declaration; telephone conference with client re ▇▇▇▇; final edits; file same | 11.00 | 2,640.00 |
| 10/25/10 | KWM | Work on Motion for Summary Judgment. | 6.60 | 1,023.00 |
| 10/26/10 | JGO | Electronic correspondence to Defendant re motion for summary judgment; electronic memorandum to client re ▇▇▇▇ begin drafting pre-trial memorandum; telephone conference with court clerk re pre-trial schedule; review court order re rescheduling of trial; review and respond to email from J. Plunkett re deposition transcript | 1.70 | 408.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 10/27/10 | JGO | Review and respond to email from J. Keenan re ███████████████ review USPTO database re ████████████ review and notes re █████████████ ; file management | 1.90 | 456.00 |
| 10/28/10 | JGO | Review court order re default damages hearing; telephone conference with court re scheduling of same; electronic memorandum to client re ███████████████████ ; electronic correspondence to J. Plunkett re same; notes re preparation; emails to and from client re ████████████████████ ; begin drafting pre-hearing memorandum for court; notes re ████████████████ | 3.50 | 840.00 |
| 10/29/10 | JGO | Continue drafting pre-hearing memorandum; email counsel for PowerPay re documents needed for hearing | 2.20 | 528.00 |
| 10/31/10 | JGO | Email client re ████████████████████ ; hearing notes | .20 | 48.00 |
| 11/01/10 | JGO | Review email from counsel for PowerPay re acquisition of contract with Plunkett & Company; notes re █████████████████ | .40 | 96.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#         3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 11/02/10 | JGO | Review file material re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email J. Nonni re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email J. Plunkett re damages hearing review email from counsel for PowerPay re contract with Plunkett; notes re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ emails to and from J. Nonni and J. Carpenter re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ prepare for conference | 2.50 | 600.00 |
| 11/03/10 | JGO | Prepare for and attend conference with P. Allen and J. Nonni re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; notes for ▓▓▓▓▓▓▓▓▓; review Plunkett pre-hearing request for documents; email client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; continue drafting pre-hearing memorandum to court; email counsel for PowerPay re requested documents; prepare exhibits | 4.80 | 1,152.00 |
| 11/04/10 | JGO | Preparation of exhibits for default damages hearing; continue drafting and editing pre-hearing memorandum; conferences with E. Albert-Knopp re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; review case law re ▓▓▓▓ notes ▓▓▓▓▓▓▓▓▓ | 7.20 | 1,728.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; complete preparation and filing of exhibits; complete drafting and editing pre-hearing memorandum; file same; examination notes; review email from counsel for PowerPay and PowerPay executives re contract with City of Portland; email defendant re damages hearing | | |
| 11/04/10 | EAK | Researching ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.40 | 510.00 |
| 11/05/10 | JGO | Review and respond to emails from Defendant re damages hearing; review court order re Defendant pre-hearing request for documentation; draft opposition to Defendant's pre-hearing request; edit and file same; email Defendant re same; emails to client re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; review court order denying prehearing request; email client re ▮▮▮▮▮ | 6.00 | 1,440.00 |
| 11/07/10 | JGO | Preparation for damages hearing; preparation for Nonni examination; preparation for Plunkett examination; review case law re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; notes re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; notes re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review Plunkett deposition transcript | 4.00 | 960.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074


December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 11/08/10 | JGO | Prepare for and attend damages hearing on motion for default judgment against Plunkett & Company; notes for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; conferences with J. Nonni re ▮▮▮▮▮▮▮▮▮▮; review final witness list, exhibit list and minutes of proceedings; notes re ▮▮▮▮; notes re ▮▮▮▮ | 4.60 | 1,104.00 |
| 11/09/10 | JGO | Draft and send electronic memorandum to client re ▮▮▮▮▮▮▮▮▮▮▮▮ review notes from hearing re ▮▮▮ | 1.30 | 312.00 |
| 11/11/10 | JGO | Review Defendant's notes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; email client re ▮▮▮; file management; review court schedule re summary judgment briefing; notes for ▮▮▮▮▮▮ | 1.40 | 336.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| 11/15/10 | JGO | Telephone conference with court re filing of opposition to Nationwide motion for summary judgment; review Uniform Fraudulent Transfer Act; draft and send correspondence to Defendant re fraudulent transfer of assets and re settlement discussions; review email from J. Nonni ███████████████; email J. Nonni and P. Allent re ███ | 2.10 | 504.00 |
| 11/16/10 | JGO | Emails to and from K. McGintee re ███████; review federal case law and treatise material re █████████; review first circuit law re █████ email client re ███ | 1.90 | 456.00 |
| 11/18/10 | JGO | Notes re ████████████; file management; review case law re ███ | 2.20 | 528.00 |
| 11/19/10 | JGO | Review motion for summary judgment and statement of material facts re ██████ telephone conference with court re ██ review relevant case law re █████; notes re ██ electronic memorandum to client re ██ | 3.70 | 888.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| | | TOTAL FEES | | $31,766.10 |
| PHOTOCOPY | | | 35.60 | |
| SECRETARY OVERTIME | | | 75.10 | |
| | | TOTAL EXPENSES | | $110.70 |
| | | TOTAL FEES PLUS EXPENSES | | $31,876.80 |