

### Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009 · Invoice# 3301612
Matter Number: 035894-00004
RE: Trademark Infingement

Fees for Professional Services 04/14/09 Through 04/30/09    $1,222.00
           ---------

Total This Invoice - Due on Receipt    $1,222.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

```
Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074
```

```
May 12, 2009        Invoice#  3301612
Matter Number: 035894-00004
RE:  Trademark Infingement
```

```
Total This Invoice                      $1,222.00
```

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

### REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law. We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009        Invoice#        3301612
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/14/09 | JGO | Telephone conference with J. Nonni re potential trademark, patent, or copyright infringement; office conference with G. Israel re same; review email from J. Nonni re same; review Plunkett USPTO application for Municipay registration; review USPTO Notice of Office Action in same; analysis of Plunkett Independent Sales Agreement re intellectual property rights | 1.30 | 305.50 |
| 04/15/09 | JGO | Complete review of background materials; complete drafting and editing electronic memorandum to client re dispute and strategies for terminating Plunkett's use of the Municipay Mark; email J. Keenan re filing of trademark application; review and respond to email from client re same and re setting up Municipay as an LLC | .80 | 188.00 |
| 04/16/09 | JGO | Begin drafting cease and desist letter to Plunkett; review emails from J. Keenan and J. Nonni re trademark use and registration | .20 | 47.00 |
| 04/17/09 | JGO | Begin drafting and editing cease and desist letter to Plunkett; review file material re same; review Plunkett USPTO application re same | 2.10 | 493.50 |
| 04/19/09 | JGO | Review Maine Deceptive Trade Practices Act; edits to cease and desist letter to Plunkett; email client re same | .70 | 164.50 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 12, 2009        Invoice#       3301612
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/27/09 | JGO | Email J. Nonni re draft cease and desist letter to Plunkett | .10 | 23.50 |

|  |  |  |
|--|--|--|
| TOTAL FEES | $1,222.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $1,222.00 |

**Exhibit A Page 4**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009        Invoice#        3304014
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 05/01/09  Through  05/31/09        $681.50
                                                                  ---------
Total This Invoice - Due on Receipt                               $681.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009      Invoice#  3304014
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $681.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____      Exp. Date _____

Signature _____      Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

### Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 10, 2009     Invoice#     3304014
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 05/01/09 | JGO | Review and respond to email from J. Nonni re cease and desist letter and new Plunkett acts of unfair competition; review Independent Sales Agreement; edits to cease and desist letter; email J. Nonni and G. Israel re same | .80 | 188.00 |
| 05/05/09 | JGO | Review and respond to emails from J. Nonni re evidence of Plunkett improper competition; final edits to cease and desist letter to Plunkett; review emails from client to customers re potential Plunkett improper competition; email client re same and re precautionary measures for similar communications | 1.30 | 305.50 |
| 05/06/09 | JGO | Review email from J. Nonni to existing client re Plunkett; email P. Allen re cease and desist letter | .20 | 47.00 |
| 05/22/09 | JGO | Review correspondence from opposing counsel re Plunkett trademark dispute; email client re same and re response to same; email J. Keenan re MUNICPAY filing | .60 | 141.00 |

TOTAL FEES          $681.50

TOTAL EXPENSES     $0.00

TOTAL FEES PLUS EXPENSES     $681.50

Page 3

# Bernstein Shur
## Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009        Invoice#        3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 06/03/09   Through  06/30/09        $893.00
Expenses 06/03/09    Through 06/30/09                              $90.00
                                                                 ---------
Total This Invoice - Due on Receipt                               $983.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009        Invoice#  3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $983.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 22, 2009     Invoice#     3309648
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 06/03/09 | JGO | Review email from J. Nonni outlining history of Municipay mark and design of software; review attached file material re same; notes re same; review other file material re initial uses of Municipay mark; draft correspondence to opposing counsel re same; email client re correspondence and re factual questions re same | 2.60 | 611.00 |
| 06/16/09 | JGO | Review and respond to email from client re correspondence to opposing counsel over Plunkett dispute | .20 | 47.00 |
| 06/17/09 | JGO | Review email from client re correspondence with Plunkett re infringement; review file material re relevant representations; edits to correspondence to opposing counsel | .90 | 211.50 |
| 06/18/09 | JGO | Review email from P. Allen re first use in commerce of Municipay Mark | .10 | 23.50 |

TOTAL FEES                    $893.00

FILING FEE - PAID TO: BUSINESSCARD SERVICES         90.00

TOTAL EXPENSES               $90.00

TOTAL FEES PLUS EXPENSES     $983.00

Page  3

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009      Invoice#      3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 07/29/09  Through  07/31/09      $423.00
Expenses 07/29/09    Through 07/31/09                            $8.64
                                                             ----------
Total This Invoice - Due on Receipt                            $431.64

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009     Invoice#  3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $431.64

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 19, 2009      Invoice#      3312191
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/29/09 | JGO | Telephone calls and email to opposing counsel re discussion of potential settlement | .20 | 47.00 |
| 07/30/09 | JGO | Telephone conference with opposing counsel re dispute with Plunkett over trademark infringement and unfair competition; electronic memorandum to client re same; review relevant USPTO trademark notifications and registrations | 1.50 | 352.50 |
| 07/31/09 | JGO | Review email from P. Allen re Plunkett settlement negotiations | .10 | 23.50 |

TOTAL FEES                        $423.00

PHONE CALL(S)                                    8.64

TOTAL EXPENSES                    $8.64

TOTAL FEES PLUS EXPENSES          $431.64

Page  3

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#        3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 08/05/09  Through  08/31/09 | $587.50 |
| Total This Invoice - Due on Receipt | $587.50 |
| Previous Outstanding Balance | $431.64 |
| Total Amount Due This Matter | $1,019.14 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#  3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $587.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 10, 2009  Invoice#        3313177
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 08/05/09 | JGO | Review email from J. Nonni re rejection of Plunkett offer; review and respond to email from J. Nonni re Plunkett continued solicitation of business and reactivation of municipay website; review website | .40 | 94.00 |
| 08/21/09 | JGO | Review and respond to email from J. Nonni re claims against Plunkett; begin analysis of legal strategy for same | .30 | 70.50 |
| 08/24/09 | JGO | Review emails from J. Nonni and P. Allen re potential lawsuit for trademark infringement, non-comp violation and debts incurred by Plunkett; review file material and independent sales agreement; electronic memorandum to client re strategy issues | 1.80 | 423.00 |

|  |  |
|--|--|
| TOTAL FEES | $587.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $587.50 |

Page 3

**Exhibit A Page 16**

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 27, 2009    Invoice#    3317603
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 09/09/09  Through  09/30/09 | $869.50 |
| Total This Invoice - Due on Receipt | $869.50 |
| Previous Outstanding Balance | $587.50 |
| Total Amount Due This Matter | $1,457.00 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

```
October 27, 2009    Invoice#  3317603
Matter Number: 035894-00004
RE:  Trademark Infingement
```

Total This Invoice                                      $869.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 27, 2009    Invoice#        3317603
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 09/09/09 | JGO | Email client re Plunkett dispute; review and respond to email from P. Allen re strategy options and filing of lawsuit | .40 | 94.00 |
| 09/10/09 | JGO | Review and respond to email from J. Nonni re litigation and settlement strategy and re protection of patent; review USPTO patent protest procedures | .30 | 70.50 |
| 09/11/09 | JGO | Prepare for and attend telephone conference with J. Nonni and P. Allen re litigation and settlement strategy for Plunkett infringement; begin drafting correspondence to opposing counsel | .60 | 141.00 |
| 09/27/09 | JGO | Review file; review USPTO applications and registrations re Plunkett infringement; draft and edit correspondence to opposing counsel re settlement; email client re same | 1.60 | 376.00 |
| 09/29/09 | JGO | Review and respond to multiple emails from J. Nonni re demand letter to Plunkett's counsel; edits to letter | .80 | 188.00 |

TOTAL FEES                $869.50

TOTAL EXPENSES             $0.00

TOTAL FEES PLUS EXPENSES   $869.50

Page  3

**Exhibit A Page 19**

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009    Invoice#       3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 10/01/09  Through  10/31/09      $1,198.50
                                                               ---------
Total This Invoice - Due on Receipt                             $1,198.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009   Invoice#  3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $1,198.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

November 16, 2009   Invoice#        3318960
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/01/09 | JGO | Conference with D. Murphy re litigation assistance; email opposing counsel re settlement; email client re same and re potential litigation option | .30 | 70.50 |
| 10/21/09 | JGO | Review and respond to email from client re Plunkett lack of response to demand letter and potential filing of complaint | .30 | 70.50 |
| 10/28/09 | JGO | Review and respond to emails from P. Allen re complaint; begin drafting complaint | .30 | 70.50 |
| 10/31/09 | JGO | Continue drafting complaint; compilation of evidence against Defendants re trademark infringement; review physical and electronic file re same; review relevant federal statutes re same; notes re same for questions to client; searches of relevant U.S. Trademark Office filings re same | 4.20 | 987.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,198.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $1,198.50 |

Page  3

**Exhibit A Page 22**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009    Invoice#        3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 11/01/09  Through  11/30/09        $2,749.50
                                                                  ---------
Total This Invoice - Due on Receipt                               $2,749.50


Previous Outstanding Balance                                      $1,198.50
                                                                  ---------
Total Amount Due This Matter                                      $3,948.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#  3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                  $2,749.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#       3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/01/09 | JGO | Continue drafting and editing complaint; notes re same and re open issues; review file re same | .90 | 211.50 |
| 11/02/09 | JGO | Continue drafting and editing complaint; emails to and from J. Keenan re trademark filing; review applicable federal and state statutory law; email client re draft complaint | 2.50 | 587.50 |
| 11/11/09 | JGO | Review emails from client re questions re and edits to draft complaint | .20 | 47.00 |
| 11/22/09 | JGO | Edits to draft complaint; review emails and supporting evidence from J. Nonni re same; electronic memorandum to client re draft complaint and related USPTO activities | 1.80 | 423.00 |
| 11/23/09 | JGO | Review and respond to email from J. Nonni re complaint, date of first use in commerce and first notice to Plunkett re name; emails to and from J. Nonni re corporate disclosure statement; | .30 | 70.50 |
| 11/23/09 | JGO | Final edits to complaint; draft and edit corporate disclosure statement; prepare civil cover sheet for filing; correspondence to court re same; emails to and from J. Nonni re trademark ownership between NPS and Municipay LLC; review and respond to emails from P. Allen and J. Nonni re Plunkett competing work at PowerPay and related issues with complaint; emails to J. Keenan re updating USPTO registration; emails to and from client | 3.40 | 799.00 |

Page  3

**Bernstein Shur**

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 16, 2009   Invoice#        3322096
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| | | re licensing of trademark rights to Municipay LLC | | |
| 11/24/09 | JGO | Review and respond to email from J. Nonni re complaint; preparation of exhibit A; final edits to complaint, civil cover sheet and corporate disclosure; file same; emails to and from client re same and re service and preliminary injunction issues | 1.80 | 423.00 |
| 11/25/09 | JGO | Draft, edit and file jury demand; review court notices re filing; obtain process server contacts for Auburn; email client re same | .40 | 94.00 |
| 11/30/09 | JGO | Emails to and from R. Wheeler re issues with service of summons and complaint; emails to and from client re same; telephone conference with original process server | .40 | 94.00 |

|  |  |
|--|--|
| TOTAL FEES | $2,749.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $2,749.50 |

Exhibit A Page 26

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#        3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 12/01/09  Through  12/31/09 | $3,169.50 |
| Expenses 12/01/09    Through 12/31/09 | $508.68 |
| Total This Invoice - Due on Receipt | $3,678.18 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#  3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $3,678.18

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

**REQUIRED PRIVACY ACT NOTICE**
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#       3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 12/01/09 | JGO | Attend to service issues; conference with process server re same; contact sheriff's office re service in Portland | .30 | 70.50 |
| 12/02/09 | JGO | Attend to service issues | .30 | 70.50 |
| 12/03/09 | JFK | Research regarding sates of first use by Plunkett; Memorandum to Attorney Osborn regarding same | 1.30 | 305.50 |
| 12/03/09 | JGO | Review email from J. Keenan re options for modifying dates of first use in Municipay USPTO filing and re Plunkett evidence of first use for his filing; review Plunkett July 12, 2009 powerpoint; emails to and from client re same and re proof of Plunkett fraudulent USPTO filing | .50 | 117.50 |
| 12/04/09 | JGO | Continue attending to service issues; communications with sheriff re same | .20 | 47.00 |
| 12/07/09 | JGO | Review and respond to email from J. Nonni re Plunkett use of trademark in presentation for NPS | .10 | 23.50 |
| 12/09/09 | JGO | Review Plunkett September 2008 powerpoint presentation; emails to and from client re same and re service issues; telephone conference with S. Rinaldi of sheriff's office re service; strategy re potential preliminary injunction; Review and respond to emails from client re potential termination of Nouri | 1.20 | 282.00 |

Page 3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 20, 2010    Invoice#    3324717
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 12/29/09 | JGO | Review emails from J. Nonni re preliminary injunction and re Plunkett continuing use of Municipay mark; electronic memorandum to client re same; review evidence of Plunkett's continuing use; conferences with K. McGintee re preliminary injunction motion; review and respond to emails from opposing counsel re acceptance of service; email client re same | 1.50 | 352.50 |
| 12/29/09 | KWM | Research case law for preliminary injunction motion; work on preliminary injunction motion. | .90 | 126.00 |
| 12/30/09 | JGO | Conferences with K. McGintee re motion for preliminary injunction; begin drafting supporting declaration of J. Nonni | .40 | 94.00 |
| 12/30/09 | KWM | Work on Preliminary Injunction Motion. | 5.40 | 756.00 |

TOTAL FEES                     $3,169.50

| | |
|---|---|
| PHOTOCOPY | 31.20 |
| SHERIFF FEE - PAID TO: LUCIEN ASSELIN, CONSTABLE | 70.00 |
| SHERIFF FEE - PAID TO: COUNTY OF CUMBERLAND | 43.30 |
| FEDERAL EXPRESS - PAID TO: FEDERAL EXPRESS CORPORATION | 14.18 |
| MISCELLANEOUS - PAID TO: U.S. DISTRICT COURT | 350.00 |

TOTAL EXPENSES              $508.68

TOTAL FEES PLUS EXPENSES    $3,678.18
Page   5

**Exhibit A Page 30**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 01/04/10  Through  02/24/10      $18,148.00
Expenses 01/04/10    Through 02/24/10                                $1.68
                                                                ---------
Total This Invoice - Due on Receipt                             $18,149.68


Previous Outstanding Balance                                     $3,678.18
                                                                ---------
Total Amount Due This Matter                                    $21,827.86


Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#  3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $18,149.68

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____        Exp. Date _____

Signature _____        Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 01/04/10 | JGO | Conferences with K. McGintee re motion for preliminary injunction; email opposing counsel re amended complaint | .40 | 96.00 |
| 01/04/10 | KWM | Work on Motion for Preliminary Injunction. | 5.40 | 837.00 |
| 01/05/10 | JGO | Conference with K. McGintee re preliminary injunction motion; continue drafting J. Nonni declaration | .50 | 120.00 |
| 01/05/10 | KWM | Work on Motion for Preliminary Injunction. | 8.70 | 1,348.50 |
| 01/06/10 | KWM | Work on Motion for Preliminary Injunction. | 3.70 | 573.50 |
| 01/06/10 | KWM | Work on Motion for Preliminary Injunction. | 3.70 | 573.50 |
| 01/08/10 | JGO | Review filed amended complaint; emails to and from opposing counsel re service and answer to amended complaint | .20 | 48.00 |
| 01/11/10 | JGO | Continue drafting Nonni declaration in support of PI motion; conference with K. McGintee re same; preparation of exhibits for Nonni declaration; review file re same; review, redraft and edit motion for preliminary injunction; edits to Nonni declaration; review relevant case law re cybersquatting claim | 4.90 | 1,176.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/12/10 | JGO | Review and respond to email from J. Nonni re motion for preliminary injunction; continue drafting and editing Nonni declaration; continue preparation of supporting exhibits; file review re same; review NPS and Defendants' websites re cybersquatting claim; email J. Nonni re declaration; conference with K. McGintee re motion | 4.00 | 960.00 |
| 01/12/10 | KWM | Work on Preliminary Injunction Motion. | 2.20 | 341.00 |
| 01/13/10 | JGO | Email client re Nonni declaration; edits to motion for preliminary injunction; conference with K. McGintee re same; review and respond to email from J. Nonni re declaration | .70 | 168.00 |
| 01/13/10 | KWM | Work on Preliminary Injunctive Motion. | 1.70 | 263.50 |
| 01/14/10 | JGO | Review and edit draft Motion for Preliminary Injunction | .40 | 96.00 |
| 01/15/10 | JGO | Continue drafting and editing motion for preliminary injunction and supporting declaration of J. Nonni; review email from J. Nonni re same; conferences with K. McGintee re same | 3.70 | 888.00 |
| 01/15/10 | KWM | Work on Preliminary Injunction Motion. | .20 | 31.00 |

Page    4

Exhibit A Page 34

**Bernstein Shur**

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 01/18/10 | JGO | Continue reviewing, editing and redrafting Nonni declaration and motion for preliminary injunction; email client re same; preparation of exhibits; file same; email opposing counsel re motion for preliminary injunction | 5.00 | 1,200.00 |
| 01/18/10 | KWM | E-mail correspondence with Attorney Osborn regarding Motion for Injunction. | .30 | 46.50 |
| 01/19/10 | JGO | Conferences with S. Powers re filing issues and obtaining J. Nonni signature on declaration in support of motion for preliminary injunction; correspondence to J. Nonni re same; correspondence to opposing counsel re motion for preliminary injunction; telephone conference with opposing counsel re dispute; review email from J. Nonni re litigation strategy; email J. Nonni re motion for preliminary injunction and re litigation strategy; draft and edit affidavit of service | 1.50 | 360.00 |
| 01/20/10 | JGO | Final edits to and filing of declaration of service and supporting documents; telephone conference with court re same; email opposing counsel re scope of representation of defendants; telephone conference with court re service and representation issues; telephone conference with opposing counsel re potential settlement issues; email clients re same | 1.90 | 456.00 |
| 01/21/10 | JGO | Review and respond to email from J. Nonni re potential settlement discussions | .20 | 48.00 |

Page    5

**Exhibit A Page 35**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010          Invoice#          3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 01/22/10 | JGO | Review and respond to email from J. Nonni re settlement strategy; telephone conference with client re same | .60 | 144.00 |
| 01/26/10 | JGO | Continue drafting and editing correspondence to opposing counsel re dispute and re settlement; review client patent application; review relevant trademark registration applications; review court schedule re deadline for answer and opposition to motion for preliminary injunction | 1.90 | 456.00 |
| 01/27/10 | JGO | Complete drafting and editing correspondence to opposing counsel re settlement demand; email client re same; review and respond to emails from J. Nonni and P. Allen re same; final edits to letter to opposing counsel | .90 | 216.00 |
| 01/28/10 | JGO | Telephone conference with opposing counsel re extension of time to respond to complaint | .20 | 48.00 |
| 02/01/10 | JGO | Review Court notification re answer deadline; telephone conferences with Court and opposing counsel re same; review defendants' motion to extend response deadline | .40 | 96.00 |
| 02/02/10 | JGO | Review court order re consented to motion to extend deadline to file answer; notes re discovery strategy | .30 | 72.00 |
| 02/04/10 | JGO | Initial review of Plunkett Answer and fifteen counterclaims; notes re same | 1.10 | 264.00 |

Exhibit A Page 36

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010          Invoice#          3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/05/10 | JGO | Electronic memorandum to client re Plunkett answer and counterclaim and re strategy issues for litigation; telephone conference with opposing counsel re scheduling issues | .90 | 216.00 |
| 02/08/10 | JFK | Review USPTO Office Action and correspondence with Attorney Osborn regarding same | .30 | 75.00 |
| 02/08/10 | JFK | Correspondence with Attorney Osborn regarding application and USPTO Office Action | .20 | 50.00 |
| 02/08/10 | JGO | Review court order re scheduling order; office conference with K. McGintee re potential hearing on motion for preliminary injunction; emails to and from J. Keenan re Plunkett claim of first use of trademark and re filing options with USPTO; email client re answer to counterclaim | .40 | 96.00 |
| 02/09/10 | JGO | Review email from client re Plunkett counterclaims; conference with K. McGintee re reply in support of motion for preliminary injunction and legal/factual issues re same | .20 | 48.00 |
| 02/09/10 | KWM | Review Objection to Nationwide's Motion for Preliminary Injunction. | .80 | 124.00 |
| 02/10/10 | JGO | Conference with K. McGintee re Plunkett opposition to motion for preliminary injunction; review opposition; notes re reply; | .40 | 96.00 |

Exhibit A Page 37

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010      Invoice#      3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/10/10 | KWM | Research regarding legal for resolution in opposition memorandum; draft memorandum regarding legal and factual issues for resolution in reply memorandum. | 2.00 | 310.00 |
| 02/11/10 | JGO | Draft and send electronic memorandum to client re answer to counterclaim and re reply in support of preliminary injunction motion and early litigation strategy; office conference with K. McGintee re reply memorandum; review file material for evidence in support of same; review litigation deadlines; strategy for discovery timing and pre-hearing discovery for preliminary injunction; email opposing counsel re Rule 26(f) conference | 1.80 | 432.00 |
| 02/11/10 | KWM | Work on memo regarding legal and factual issues for resolution in opposition brief. | 3.60 | 558.00 |
| 02/12/10 | JGO | Review email from J. Nonni re G. Smith letter; email J. Nonni and P. Allen re same and re reply brief in support of preliminary injunction motion; telephone conference with J. Nonni and P. Allen re same and re settlement discussion strategy with PowerPay owner; notes for corporate research on Plunkett's companies; review email from opposing counsel re Rule 26 conference | 1.20 | 288.00 |
| 02/14/10 | JGO | Notes for reply memorandum in support of motion for preliminary injunction; hearing strategy; notes for answer to counterclaims | .30 | 72.00 |

Page    8

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010          Invoice#          3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/15/10 | JGO | Review and respond to emails from client re reply memo in support of motion for preliminary injunction and supporting affidavits; review K. McGintee memorandum re arguments required for reply memo; review and respond to emails from opposing counsel re scheduling issues; emails to K. McGintee re procedural and staffing issues for reply memo and supporting affidavits; begin drafting witness affidavits; strategy for preliminary injunction briefing | 2.00 | 480.00 |
| 02/15/10 | KWM | E-mail correspondence with Attorney Osborn regarding Consented-to Motion to Extend Time to File Reply Memorandum to Preliminary Injunction. | .20 | 31.00 |
| 02/16/10 | JGO | Conferences with K. McGintee re reply memorandum in support of preliminary injunction, supporting affidavits and answer to counterclaims | .30 | 72.00 |
| 02/16/10 | KWM | Work on Reply Memorandum. | .90 | 139.50 |
| 02/17/10 | KWM | Work on Reply Memorandum. | .40 | 62.00 |
| 02/18/10 | KWM | Work on Reply Memorandum. | 2.30 | 356.50 |

Page     9

**Exhibit A Page 39**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 1, 2010        Invoice#        3327271
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|------|------|
| 02/19/10 | JGO | Review and notes re Plunkett opposition to motion for preliminary injunction; email J. Nonni re same and re supporting affidavits; review counterclaims; draft Allen affidavit; draft answer to counterclaim; preparation of exhibits to Allen affidavit; review emails from J. Nonni re factual background; review Plunkett affidavit and exhibits; conference with K. McGintee re reply memorandum | 4.20 | 1,008.00 |
| 02/19/10 | KWM | Work on Reply Memorandum. | 7.50 | 1,162.50 |
| 02/20/10 | JGO | Review We Title America material from client; draft affidavit of Gaye Smith; conferences with K. McGintee re reply memorandum in support of motion for preliminary injunction | 1.40 | 336.00 |
| 02/20/10 | KWM | Work on Reply Memorandum. | 3.40 | 527.00 |
| 02/21/10 | KWM | Work on Reply Memorandum; research legal issues in preparation of drafting Reply; review Affidavits. | 4.40 | 682.00 |

|  |  |
|------|------|
| TOTAL FEES | $18,148.00 |

PHONE CALL(S)                              1.68

|  |  |
|------|------|
| TOTAL EXPENSES | $1.68 |
| TOTAL FEES PLUS EXPENSES | $18,149.68 |

Page  10

Exhibit A Page 40

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010     Invoice#        3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 02/22/10  Through  02/28/10        $4,349.50
                                                                 ---------
Total This Invoice - Due on Receipt                              $4,349.50


Previous Outstanding Balance                                    $11,668.48
                                                                 ---------
Total Amount Due This Matter                                    $16,017.98

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010     Invoice# 3328156
Matter Number: 035894-00004
RE: Trademark Infingement

Total This Invoice                                    $4,349.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former clients, except as permitted by law. We restrict access to nonpublic personal information about you to those who need to know that information in order to provide services to you. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010      Invoice#      3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/22/10 | KWM | Work on Reply Memorandum in support of Preliminary Injunction Motion. | 4.20 | 651.00 |
| 02/23/10 | JGO | Review and edit Allen and Smith affidavits; review, edit and redraft reply memo in support of preliminary injunction motion; emails to client re same and re answer to Plunkett counterclaims; emails to K. McGintee re reply memo | 3.20 | 768.00 |
| 02/23/10 | KWM | Work on Reply Memorandum. | 6.00 | 930.00 |
| 02/24/10 | JGO | Conferences with K. McGintee re reply memorandum in support of motion for preliminary injunction and re supporting documents; review emails from K. McGintee re same; continue drafting answer to counterclaims and affirmative defenses; emails to and from J. Nonni re Smith affidavit and reply memo; edits to Smith affidavit; emails to and from P. Allen re Allen affidavit; edits to Allen affidavit; continued edits to reply brief and responses to affirmative defenses and counterclaims; telephone conference with J. Nonni re answer to counterclaims and re litigation strategy | 5.00 | 1,200.00 |
| 02/24/10 | KWM | Work on Reply Memorandum; e-mail correspondence with client regarding Plunkett's reimbursed expenses; work on Declarations; prepare exhibits. | 4.20 | 651.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 15, 2010        Invoice#        3328156
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 02/26/10 | JGO | Telephone conferences with K. McGintee re scheduling conference with court re motion for preliminary injunction; telephone calls to and from opposing counsel re same and re litigation schedule | .30 | 72.00 |
| 02/26/10 | KWM | E-mail correspondence with opposing counsel regarding upcoming hearing; telephone conference with clerk of Court regarding same. | .50 | 77.50 |

|   |   |
|---|---|
| TOTAL FEES | $4,349.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $4,349.50 |

Exhibit A Page 44

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010        Invoice#        3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 03/01/10  Through  03/31/10 | $13,321.50 |
| Expenses 03/01/10    Through 03/31/10 | $38.13 |
| | --------- |
| Total This Invoice - Due on Receipt | $13,359.63 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice# 3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                          $13,359.63

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/01/10 | JGO | Prepare for and attend hearing re preliminary injunction and discovery therefor; telephone conference with opposing counsel re same and re general scheduling issues; review court order re conference of counsel; electronic memorandum to client re same; review motions filed by Defendant re admission of attorneys | 2.10 | 504.00 |
| 03/02/10 | JGO | Telephone conference with opposing counsel re litigation scheduling, pre-hearing discovery and settlement | .70 | 168.00 |
| 03/03/10 | JGO | Review motions re preliminary injunction; analysis of need for evidentiary hearing; review notes of settlement conference with opposing counsel; review Plunkett objection to court scheduling order; electronic memorandum to client re injunction strategy, litigation scheduling and Plunkett's settlement demand | 2.30 | 552.00 |
| 03/04/10 | JGO | Review email from J. Nonni re litigation issues and possible joinder of PowerPay; review legal options for exerting pressure on PowerPay; electronic memorandum to client re same and re litigation and preliminary injunction options; draft and send correspondence to opposing counsel re preliminary injunction hearing, settlement, fraudulent transfer issues and PowerPay funding of Plunkett's suit; email client re initial disclosures | 2.90 | 696.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#     3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 03/05/10 | JGO | Emails to and from J. Nonni re initial disclosures; telephone conference with J. Nonni re same and re issues with PowerPay; begin drafting initial disclosures; telephone conference with opposing counsel re preliminary injunction hearing; draft statement to court re conduct of preliminary injunction hearing | 2.50 | 600.00 |
| 03/06/10 | JGO | Review material from client re initial disclosures; continue drafting initial disclosures; strategy re pressure on PowerPay and Goodrich | 1.20 | 288.00 |
| 03/07/10 | JGO | Complete first draft of initial disclosures; email client re same; email opposing counsel re amendment of answers to counterclaims | 1.40 | 336.00 |
| 03/08/10 | JGO | Email K. McGintee re motion to amend answers to counterclaim; complete drafting notice re hearing on oral argument; telephone conference with court re same; email opposing counsel re same; email client re initial disclosures; review and respond to emails from client re initial disclosures; file joint statement re PI hearing; email K. McGintee re initial disclosures; final edits to initial disclosures; email opposing counsel re same | 1.70 | 408.00 |
| 03/08/10 | KWM | Work on Motion to Amend Counterclaim. | 1.10 | 170.50 |

Exhibit A Page 48

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#     3330247
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|------|------|
| 03/09/10 | JGO | Notes re discovery strategy; email K. McGintee re contact with D. McGinnis as witness against Plunkett; review court order re hearing on preliminary injunction motion; telephone conference with K. McGintee re McGinnis and Smith testimony; telephone conference with court re oral argument on motion for preliminary injunction; review court order re preliminary injunction hearing | 1.00 | 240.00 |
| 03/09/10 | KWM | Telephone conference with Gaye Smith regarding Plunkett; e-mail correspondence with Attorney Osborn regarding same. | .60 | 93.00 |
| 03/10/10 | JGO | Strategy notes for discovery; review Plunkett initial disclosures; notes re same; draft and send electronic memorandum to client re preliminary injunction hearing, discovery planning and settlement strategy; office conference with K. McGintee re legal issues and related research for preliminary injunction hearing; draft and file opposition to Defendants' objection to scheduling order; | 2.30 | 552.00 |
| 03/10/10 | KWM | Strategize regarding preliminary injunction hearing. | .30 | 46.50 |

**Exhibit A Page 49**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#    3330247
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 03/11/10 | JGO | Review draft motion to amend answer to counterclaims; emails to and from K. McGintee re same; telephone conference with K. McGintee re amended answer to counterclaim; review and respond to email from J. Nonni re Plunkett witnesses and strategy conference; notes re potential witnesses | 1.10 | 264.00 |
| 03/11/10 | KWM | E-mail correspondence from Jamie Nonni regarding upcoming hearing and initial disclosures. | .20 | 31.00 |
| 03/12/10 | JGO | Review court order re Defendants' objection to scheduling order; research re sufficiency of Plunkett's initial disclosures; review and respond to emails from client re litigation scheduling issues; telephone conference with J. Nonni re discovery issues, settlement strategy and preliminary injunction; draft and send electronic correspondence to opposing counsel re insufficiency of initial disclosures; witness notes; final edits to motion to amend answer and amended answer; file same; | 3.10 | 744.00 |
| 03/12/10 | KWM | Work on Motion to Amend Answer. | .40 | 62.00 |
| 03/15/10 | JGO | Review emails from J. Nonni re Plunkett patent and other background issues; initial review of draft Plunkett patent; notes re same and re discovery issues; office conference with K. McGintee re preparation for preliminary injunction hearing | 1.20 | 288.00 |

Page  6

Exhibit A Page 50

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010        Invoice#        3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 03/16/10 | JGO | Review court order re motion to amend answer to counterclaims; edit and file amended answer to counterclaims; review emails from J. Nonni re background material re patent issues; draft and send electronic correspondence to opposing counsel re insufficient initial disclosures; notes re Plunkett witnesses; notes for discovery requests; litigation and discovery strategy; notes for preliminary injunction hearing; notes for first set of discovery requests | 3.00 | 720.00 |
| 03/16/10 | KWM | Research regarding trademark ownership rights of sales agent as compared to manufacturer. | 2.70 | 418.50 |
| 03/17/10 | JGO | Office conference with K. McGintee re legal issues with preliminary injunction hearing; hearing preparation; continue notes for client internal discovery; continue notes for discovery requests | 1.70 | 408.00 |
| 03/17/10 | KWM | Research regarding trademark ownership rights of sales agent as compared to manufacturer; prepare memo regarding same. | 2.90 | 449.50 |
| 03/18/10 | JGO | Telephone conference with K. McGintee re witness issues; continued strategy notes for discovery; electronic memorandum to client re discovery topics, background questions, initial document production and review, and various witnesses | 2.10 | 504.00 |

Exhibit A Page 51

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#      3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/18/10 | KWM | Research regarding trademark ownership rights of sales agent. | 1.50 | 232.50 |
| 03/19/10 | JGO | Review email from K. McGintee re interview with G. Smith re Plunkett behavior; witness notes re same; review, redraft and edit motion to compel initial disclosures; prepare exhibits for same; file same; draft and edit first set of interrogatories; correspondence to opposing counsel re same; email client re same | 2.80 | 672.00 |
| 03/19/10 | KWM | Research regarding ownership rights of sales agent to trademark. | 2.80 | 434.00 |
| 03/22/10 | JGO | Telephone conference with court re motion to compel initial disclosures; email client re bond issue and hearing on preliminary injunction; preparation for oral argument on motion for preliminary injunction | 3.20 | 768.00 |
| 03/23/10 | JGO | Prepare for and attend hearing on motion for preliminary injunction; electronic memorandum to client re hearing; review email from client re same; review emails from client and GovPay representative re Plunkett infringement | 3.20 | 768.00 |

Exhibit A Page 52

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010    Invoice#    3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/24/10 | JGO | Review court order granting motion for preliminary injunction; notes re same and enforcement of injunction; electronic memorandum to client re same; telephone conference with client re injunction and re links between defendants and PowerPay; conferences with potential bonding companies | 2.00 | 480.00 |
| 03/25/10 | JFK | Review court preliminary injunction order; Review USPTO manual of examining procedures regarding suspension request; Correspondences with Attorney Osborn regarding same | .80 | 200.00 |
| 03/25/10 | JGO | Emails to and from J. Keenan re requirements before USPTO re Defendant's trademark registration in light of preliminary injunction; review court notice to USPTO re same; review USPTO rules re suspension pending resolution of federal court dispute | .50 | 120.00 |
| 03/26/10 | JGO | Telephone conference with K. McGintee re injunction bond application; review email from K. McGintee to client re same; conference with K. McGintee re retrieval of Plunkett proposal to City of Portland; telephone conference with K. McGintee re injunction bond application and delays by bonding company; review and respond to email from J. Nonni re immediate enforcement of preliminary injunction; email opposing counsel re dispute over initial disclosures and deactivation of getmunicipay.com domain | 1.20 | 288.00 |

Exhibit A Page 53

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010      Invoice#      3330247
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/28/10 | JGO | Review and respond to email from K. McGintee re injunction bond | .10 | 24.00 |
| 03/29/10 | JGO | Review emails from K. McGintee and J. Nonni re injunction and re obtaining bond; conferences with K. McGintee re same; review and respond to emails from J. Nonni re J. Plunkett solicitation of potential NPS customers; review emails from defendant to NPS leads using NPS material and Municipay Mark; email J. Nonni re same; notes for discovery requests; email opposing counsel re injunction and re discovery dispute over initial disclosures; email client re injunction and policing of Plunkett re same | 1.60 | 384.00 |
| 03/30/10 | JGO | Review court order re complete filing of preliminary injunction bond; review amended bond; emails to and from opposing counsel re dispute over initial disclosures; telephone conference with opposing counsel re dispute over initial disclosures; notes re same; electronic correspondence to opposing counsel re same | 1.40 | 336.00 |
| 03/31/10 | JGO | Review email from opposing counsel re dispute over initial disclosures; email client re same; telephone conference with the court re same | .30 | 72.00 |

TOTAL FEES            $13,321.50

Page   10

Exhibit A Page 54

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 12, 2010     Invoice#     3330247
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | Hours | Amount |
|------|------|-------|--------|
| | PHONE CALL(S) | 13.44 | |
| | SECRETARY OVERTIME | 8.23 | |
| | SECRETARY OVERTIME | 16.46 | |
| | TOTAL EXPENSES | | $38.13 |
| | TOTAL FEES PLUS EXPENSES | | $13,359.63 |

Exhibit A Page 55

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

---

May 19, 2010          Invoice#          3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 04/01/10   Through  04/30/10          $5,946.50
Expenses 04/01/10   Through 04/30/10                                    $136.72
                                                                    ---------
Total This Invoice - Due on Receipt                                  $6,083.22

Previous Outstanding Balance                                        $13,359.63
                                                                    ---------
Total Amount Due This Matter                                        $19,442.85

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010        Invoice#  3334364
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $6,083.22

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

### REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

## Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010          Invoice#          3334364
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/01/10 | JGO | Review preliminary injunction bond rider and correspondence to court and opposing counsel re same | .20 | 48.00 |
| 04/01/10 | KWM | Review correspondence from Court regarding bond rider. | .20 | 31.00 |
| 04/02/10 | JGO | Strategy notes for written discovery | .20 | 48.00 |
| 04/05/10 | JGO | Discovery and strategy notes; begin drafting document requests and interrogatories to Defendants | .30 | 72.00 |
| 04/06/10 | JGO | Drafting of initial discovery requests and general discovery strategy outline | .60 | 144.00 |
| 04/07/10 | JGO | Review email from J. Nonni re pressure on Plunkett and funder; electronic memorandum to J. Nonni re same, re status of Plunkett trademark registration and re discovery strategy | .50 | 120.00 |
| 04/08/10 | JGO | Strategy notes for discovery requests | .20 | 48.00 |
| 04/12/10 | JGO | Telephone conference with K. McGintee re discovery plan; email K. McGintee re expert witness issues; discovery strategy and notes | 1.20 | 288.00 |
| 04/12/10 | KWM | Work on Request for Production of Documents; review Complaint to determine need for expert witness. | .40 | 62.00 |

Page 3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010      Invoice#      3334364
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 04/13/10 | JGO | Strategy for potential expert disclosure; notes re discovery plan and schedule; draft second set of interrogatories and first set of document requests. | .60 | 144.00 |
| 04/14/10 | JGO | Discovery strategy; conferences with K. McGintee re discovery requests and need for expert witness for affirmative claim; review treatise material re potential need for expert witness; notes re same | 1.60 | 384.00 |
| 04/14/10 | KWM | Work on Request for Production of Documents. | .40 | 62.00 |
| 04/16/10 | KWM | Work on Request for Production of Documents. | 1.00 | 155.00 |
| 04/19/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 4.30 | 666.50 |
| 04/20/10 | JGO | Conferences with K. McGintee re discovery requests to Defendants; review Plunkett answers and objections to first set of interrogatories; notes re same; notes re discovery plan | 1.00 | 240.00 |
| 04/20/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 3.60 | 558.00 |

Page    4

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010      Invoice#      3334364
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 04/21/10 | JGO | Discovery planning and strategy; conferences with K. McGintee re same and re acquisition of Plunkett bid to City of Portland; review schedule; further notes re Plunkett answers to first set of interrogatories; review and edit first draft of document requests and second set of interrogatories | 1.40 | 336.00 |
| 04/21/10 | KWM | Work on Request for Production of Documents and Interrogatories. | 3.70 | 573.50 |
| 04/22/10 | JGO | Review PowerPay/Gov Pay bid to City of Portland for ties between PowerPay and Plunkett and for infringement of Municipay Mark; review email from J. Nonni re case progress and re discussions with Goodrich; draft and send electronic memorandum to J. Nonni and P. Allen re discovery strategy and PowerPay issue; conferences with K. McGintee re PowerPay bid proposal and re other discovery issues; notes for discovery strategy | 1.90 | 456.00 |
| 04/23/10 | JGO | Review and respond to email from J. Nonni re Plunkett interrogatory answers and re settlement negotiations with PowerPay; notes re relevant witnesses and evidence re patent claim; litigation master schedule and strategy; review evidence re PowerPay connection to Plunkett; email K. McGintee re discovery issues; notes for discovery dispute with Plunkett over interrogatory answers; continued edits to and redrafting of discovery requests | 3.00 | 720.00 |

**Exhibit A Page 60**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

May 19, 2010        Invoice#        3334364
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 04/23/10 | KWM | Work on discovery requests; review discovery plan. | .30 | 46.50 |
| 04/29/10 | JGO | Review supplemental interrogatory answers from Plunkett; notes re same; continue drafting discovery requests; review file material re same | .50 | 120.00 |
| 04/30/10 | JGO | Draft discovery requests; review file material and pleadings re same; telephone conference with opposing counsel re litigation scheduling; discovery strategy; review file material re same | 2.60 | 624.00 |

                            TOTAL FEES            $5,946.50

CERTIFIED MAIL - PAID TO: GENERAL COURIER        68.36
CERTIFIED MAIL - PAID TO: GENERAL COURIER        68.36

                            TOTAL EXPENSES          $136.72

                            TOTAL FEES PLUS EXPENSES    $6,083.22

Exhibit A Page 61

# Bernstein Shur
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice#      3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 04/21/10  Through  05/31/10      $3,580.00
                                                                ---------
Total This Invoice - Due on Receipt                             $3,580.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice# 3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $3,580.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010          Invoice#          3335285
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 04/21/10 | KWM | Portland City Clerk's office to review Government Payment Solutions RFP Bid. | .80 | 124.00 |
| 05/03/10 | JGO | Continued edits to and redrafting of First Set of Document Requests and Second Set of Interrogatories; review pleadings and file material re same; notes re additional discovery; notes re potential motion to compel answers to First Set of Interrogatories; email J. Nonni re meeting with S. Goodrich; review email from J. Nonni re same and re insurer request for new counsel; email J. Nonni re options between insurer counsel and current counsel and re scheduling issues; telephone conference with opposing counsel re deficiencies with answers to first set of interrogatories and re potential discovery dispute over same | 3.40 | 816.00 |
| 05/04/10 | JGO | Complete review of file material and pleadings re first set of discovery requests; strategy notes re same; complete editing and drafting of discovery requests; conference with K. McGintee re litigation strategy issues; discovery strategy notes; attend to scheduling issues | 2.70 | 648.00 |
| 05/05/10 | JGO | File review re discovery requests; final edits to first set of document requests and second set of interrogatories | .40 | 96.00 |

Page 3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010        Invoice#        3335285
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 05/10/10 | JGO | Review email from J. Nonni re discovery requests to Plunkett and re litigation and settlement strategy | .20 | 48.00 |
| 05/10/10 | JGO | Review and respond to email from J. Nonni re discovery requests, insurance coverage and litigation and settlement strategy; review file re same; litigation strategy notes | .90 | 216.00 |
| 05/18/10 | JGO | Review email from J. Nonni re Goodrich funding of Plunkett suit; email J. Nonni re same and re continued leverage on Goodrich; review federal court deadlines re joinder of parties; strategy notes re third party practice; review and respond to email from J. Nonni re impact of various Plunkett discovery strategies | 1.30 | 312.00 |
| 05/19/10 | JGO | Strategy re third party discovery requests | .30 | 72.00 |
| 05/24/10 | JGO | Telephone conference with office re issues with joinder of PowerPay and client questions re same | .20 | 48.00 |
| 05/25/10 | JGO | Review and respond to emails from J. Nonni re PowerPay joinder and City of Portland bid award; review draft letter to City of Portland; edits to same; telephone conferences with client re same and re strategy for suit against PowerPay | .90 | 216.00 |

Page    4

Exhibit A Page 65

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

June 14, 2010         Invoice#         3335285
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 05/26/10 | JGO | Review draft correspondence to City of Portland re Government Payment Processing and PowerPay; edits to same; email client re same | .60 | 144.00 |
| 05/27/10 | JGO | Telephone calls to and from opposing counsel re withdrawal; review notification of motion to withdraw and motion for extension; electronic memorandum to client re same and re case implications | .40 | 96.00 |
| 05/28/10 | JGO | Notes re opposing counsel's motion to withdraw as counsel; notes re Defendants' motion for enlargement of time; review and respond to emails from P. Allen and J. Nonni re motions and re strategy for settlement; telephone conference with court re Defendants' motions; begin drafting opposition to motion for enlargement; telephone conference with opposing counsel re same; complete drafting and file opposition to motion for enlargement; email opposing counsel re Plunkett contact information; review and respond to email from client re same | 3.10 | 744.00 |

|  |  |
|---|---|
| TOTAL FEES | $3,580.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $3,580.00 |

**Exhibit A Page 66**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010        Invoice#        3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 06/01/10  Through  06/30/10      $4,654.50
                                                                ---------
Total This Invoice - Due on Receipt                             $4,654.50

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010      Invoice# 3340036
Matter Number: 035894-00004
RE: Trademark Infingement

Total This Invoice                                    $4,654.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

**REQUIRED PRIVACY ACT NOTICE**
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010        Invoice#        3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/01/10 | JGO | Emails to and from opposing counsel re conference with court; emails to and from opposing counsel re Plunkett contact information; email client re same and re strategy for communications with Plunkett; telephone conference with court re discovery conference; telephone conference with opposing counsel re discovery issues; emails to and from J. Nonni re settlement strategy; emails to and from P. Allen re settlement strategy | 1.40 | 336.00 |
| 06/02/10 | JGO | Review email from P. Allen re negotiations with J. Plunkett; preparation for discovery conference with court; emails to and from opposing counsel re same; telephone conference with court re opposing counsels' motion to withdraw and Defendants' motion for extension of time | 1.90 | 456.00 |
| 06/03/10 | JGO | Review court order re motion to withdraw and for extension of time to answer discovery; electronic memorandum to P. Allen and J. Nonni re same | 1.10 | 264.00 |
| 06/07/10 | JGO | Email P. Allen and J. Nonni re settlement demand to Plunkett | .10 | 24.00 |
| 06/08/10 | JGO | Review and respond to emails from J. Nonni re settlement demand to Plunkett | .30 | 72.00 |
| 06/14/10 | JGO | Emails to and from former opposing counsel re deadline for Plunkett to obtain new counsel | .20 | 48.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010        Invoice#        3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 06/15/10 | JGO | Telephone conference to opposing counsel re Plunkett retention of new counsel; conference with K. McGintee re same and re motion for Plunkett; review and respond to emails from J. Nonni re PowerPay and re settlement talks with Plunkett | .60 | 144.00 |
| 06/16/10 | JGO | Email opposing counsel re retention of new counsel for Defendants; review email from client re joinder of PowerPay; review court order re motion to withdraw; conference with K. McGintee re motion for default of Plunkett & Company; emails to and from J. Plunkett re retention of new counsel; notes for motion for default; electronic memorandum to client re same and re potential settlement talks | 1.20 | 288.00 |
| 06/17/10 | JGO | Emails to and from J. Plunkett re negotiation discussion; notes for motion for default re Plunkett & Company; email K. McGintee re same; telephone conference with Defendants re potential settlement; draft and send electronic memorandum to client re same and re strategic issues with Plunkett suit and strategic issues with potential suit against PowerPay; review and edit motion for default; email K. McGintee re same | 2.50 | 600.00 |
| 06/17/10 | KWM | Work on Motion for Entry of Default Against Plunkett & Company; draft Affidavit of John Osborn in support of same. | 2.40 | 372.00 |

Exhibit A Page 70

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010          Invoice#          3340036
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 06/18/10 | JGO | Review and edit motion for entry of default and declaration of J. Osborn; email K. McGintee re same; email defendants re motion for default and re settlement demand; electronic memorandum to client re legal theories for claim against PowerPay, strength of current case against PowerPay and settlement strategy for Plunkett | 1.40 | 336.00 |
| 06/18/10 | KWM | Work on Motion for Entry of Default Against Plunkett & Company; file same. | 1.20 | 186.00 |
| 06/21/10 | JGO | Review USPTO office action re suspension of Municipay application until resolution of federal lawsuit; review USPTO notification of withdrawal of Plunkett's counsel; email J. Keenan re same; email client re settlement demand to Plunkett | .30 | 72.00 |
| 06/22/10 | JGO | Review and respond to email from J. Nonni re settlement strategy; draft and correspondence to Defendants re settlement demand; review emails from J. Nonni re PowerPay issues and strategy for Plunkett litigation; electronic memorandum to client re same | 1.80 | 432.00 |
| 06/23/10 | JGO | Review email from J. Nonni re damage claim against Defendants for lost revenue from lost City of Portland bid; review complaint and answer re same; email J. Nonni re same | .40 | 96.00 |

Exhibit A Page 71

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

July 20, 2010      Invoice#     3340036
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 06/24/10 | JGO | Review email from J. Nonni re methods of collecting judgment against Plunkett; review existing document requests re inclusion of information re Portland contract and PowerPay revenue from same; review civil remedy options for collection of judgment; email client re same and re subpoena of PowerPay; review and respond to email from P. Allen re same | .60 | 144.00 |
| 06/24/10 | KWM | Draft 30(b)(6) deposition notice and deposition notice of James Plunkett. | 1.50 | 232.50 |
| 06/28/10 | JGO | Draft Subpoena to PowerPay and schedule listing documents requested; review email from J. Nonni re same; emails to and from P. Nichols re service of subpoena; draft electronic correspondence to Defendants re deposition notices and re discovery dispute over lack of discovery responses; review and edit 30(b)(6) deposition notice of Plunkett & Company; review and edit deposition notice of Plunkett; edits to PowerPay subpoena; correspondence to defendants re various discovery issues | 2.30 | 552.00 |

|  |  |
|------|------|
| TOTAL FEES | $4,654.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $4,654.50 |

Page 6

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#       3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 07/01/10   Through   07/31/10       $9,276.50
Expenses 07/01/10    Through 07/31/10                               $111.20
                                                                 ---------
Total This Invoice - Due on Receipt                               $9,387.70

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

## Bernstein Shur
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice# 3341481
Matter Number: 035894-00004
RE: Trademark Infingement

Total This Invoice                                    $9,387.70

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

## REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 07/01/10 | JGO | Review court calendar re motion for default; telephone call to Defendant re discovery conference | .20 | 48.00 |
| 07/02/10 | JGO | Emails and correspondence to Defendants re discovery violations; telephone conference with court re same; begin drafting motion for sanctions; review file material and correspondence re same; review Court June 2, 2010 Order re same; email former opposing counsel re same | 2.40 | 576.00 |
| 07/06/10 | JGO | Review and respond to emails from Defendant Plunkett re deposition scheduling and discovery dispute; review email from J. Nonni re PowerPay contract; electronic memorandum to client re litigation strategy going forward; continue drafting motion for sanctions; begin drafting consent motion for limited extension of discovery period; review and respond to emails from J. Nonni re injunction against GovPay; complete drafting consent motion to extend discovery; file same; email defendants re same and re rescheduling of depositions; continue drafting motion for sanctions | 2.70 | 648.00 |
| 07/07/10 | JGO | Continue drafting motion for sanctions; continue draft supporting affidavit; review file material re same; review email from J. Plunkett re deposition scheduling | 2.90 | 696.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/08/10 | JGO | Review court order granting limited motion to extend discovery period; complete drafting and editing motion for sanctions and supporting affidavit; preparation of exhibits; file motion; email Defendants re same and re depositions | 1.80 | 432.00 |
| 07/12/10 | JGO | Draft and send electronic correspondence to Defendants re scheduling of depositions for July 21, 2010 and re Defendants' obligation to respond to settlement demand; draft and send electronic correspondence to Defendants re depositions; draft and send electronic memorandum to client re discovery issues and litigation strategy and developments | 1.10 | 264.00 |
| 07/13/10 | JGO | Emails to and from K. McGintee re status of motion for default and re Plunkett deposition; telephone conference with K. McGintee re same and re scheduling for summary judgment motion | .40 | 96.00 |
| 07/13/10 | KWM | Conference with clerk of court regarding entry of default against Plunkett & Company. | .20 | 31.00 |
| 07/14/10 | JGO | Conference with P. Nichols re PowerPay subpoena; review email from P. Nichols to PowerPay re same | .20 | 48.00 |
| 07/16/10 | JGO | Review court order re deadline for motion for default judgment against Plunkett & Company; scheduling issues re same | .20 | 48.00 |

Page    4

**Exhibit A Page 76**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice#      3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 07/18/10 | JGO | Preparation for depositions of J. Plunkett and Plunkett & Company; email counsel for PowerPay re compliance with subpoena | .60 | 144.00 |
| 07/19/10 | JGO | Preparation for Plunkett and Plunkett & Company depositions; email J. Plunkett re same | .30 | 72.00 |
| 07/20/10 | JGO | Emails to and from J. Plunkett re deposition of Plunkett and Plunkett & Company | .20 | 48.00 |
| 07/21/10 | JGO | Notes for second motion for sanctions; begin drafting same; preparation of exhibits for same; | 1.70 | 408.00 |
| 07/22/10 | JGO | Draft and edit correspondence to counsel for PowerPay re compliance with subpoena and potential Lanham Act suit; Continue drafting second motion for sanctions; begin drafting motion for declaratory judgment against Plunkett & Company | 2.00 | 480.00 |
| 07/23/10 | JGO | Complete drafting and editing emergency motion for sanctions; complete drafting and editing supporting affidavit; complete preparation of supporting exhibits; file motion and supporting documents; electronic memorandum to client re same, re issues with Plunkett refusal to engage in case and re litigation strategy issues; email J. Plunkett re motion for sanctions and re settlement demand | 5.30 | 1,272.00 |

Exhibit A Page 77

# Bernstein·Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010     Invoice#     3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/26/10 | JGO | Review and respond to emails from counsel for PowerPay re response to subpoena; review court order re Defendants' deadline to respond to emergency motion for sanctions; draft correspondence to Defendants re same | .40 | 96.00 |
| 07/27/10 | JGO | Correspondence to Defendants re emergency motion for sanctions; initial review of Defendants' motion to dismiss; initial review of Defendants' answers to Plaintiff's interrogatories and requests for admissions; electronic memorandum to client re same and re litigation strategy issues; review and respond to email from counsel for PowerPay re response to document subpoena; begin drafting motion to extend summary judgment deadline and motion for default judgment | 2.80 | 672.00 |
| 07/28/10 | JGO | Review court order re deadline for filing opposition to Plunkett Motion to Dismiss; draft motion to extend time to file dispositive motions; email Plunkett re same; review email from Plunkett re settlement demand; email Plunkett re same; electronic memorandum to client re same; complete drafting motion to extend time to file dispositive motions; begin drafting motion for default judgment against Defendant Plunkett & Company | 4.50 | 1,080.00 |

Page     6

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

August 16, 2010    Invoice#    3341481
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 07/29/10 | JGO | Continue drafting motion for default judgment; research re same; edits to and filing of consented to motion to stay and extend deadlines | 4.50 | 1,080.00 |
| 07/30/10 | JGO | Continue drafting and editing motion for default judgment; review case law re elements of claims on which default judgment is sought; review case law re dismissal of defaulting defendant's counterclaims; conference with K. McGintee re same; review court order granting motion to stay | 4.00 | 960.00 |
| 07/30/10 | KWM | Research case law for motion for default judgment against Plunkett & Company. | .50 | 77.50 |

|  |  |
|--|--|
| TOTAL FEES | $9,276.50 |

PHOTOCOPY                        111.20

|  |  |
|--|--|
| TOTAL EXPENSES | $111.20 |
| TOTAL FEES PLUS EXPENSES | $9,387.70 |

**Exhibit A Page 79**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 08/02/10   Through  08/31/10        $4,776.00
Expenses 08/02/10    Through 08/31/10                                  $16.87
                                                                   ---------
Total This Invoice - Due on Receipt                                $4,792.87


Previous Outstanding Balance                                       $9,387.70
                                                                   ---------
Total Amount Due This Matter                                      $14,180.57


Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010   Invoice#  3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $4,792.87

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

**REQUIRED PRIVACY ACT NOTICE**

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 08/02/10 | JGO | Complete drafting and editing application for default judgment; complete review of case law relevant to same; file same | 3.30 | 792.00 |
| 08/03/10 | JGO | Notes for motion to strike Plunkett motion to dismiss; review and respond to email from counsel for PowerPay re response to subpoena | .40 | 96.00 |
| 08/05/10 | JGO | Begin drafting motion to strike Defendants' motion to dismiss | .60 | 144.00 |
| 08/09/10 | JGO | Telephone conference with counsel for PowerPay re review of PowerPay documents | .30 | 72.00 |
| 08/10/10 | JGO | Review and respond to email from J. Plunkett re settlement demand; email client re same and re litigation and settlement strategy; review and respond to email from J. Nonni re same and re PowerPay documents; notes for motion to strike | 1.00 | 240.00 |
| 08/11/10 | JGO | Continue drafting motion to strike Defendants' motion to dismiss; telephone conference with J. Nonni re litigation strategy | 1.80 | 432.00 |
| 08/12/10 | JGO | Continue drafting motion to strike; telephone conference with Defendant; telephone conference with court re scheduling issues | 1.80 | 432.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 08/16/10 | JGO | Draft opposition to Defendants' motion to dismiss; notes re same; review federal rules re same; review discovery requests re same; comparison of requests to Defendants' exhibits; email counsel for PowerPay re subpoena | 4.10 | 984.00 |
| 08/17/10 | JGO | Continue drafting and editing opposition to Defendants' motion to dismiss; complete editing supporting affidavit; file opposition and affidavit; email Defendants re same; electronic memorandum to client re same and re likely procedural situation going forward and attendant costs; review email from counsel for PowerPay | 5.10 | 1,224.00 |
| 08/18/10 | JGO | Review and respond to emails from J. Nonni re Plunkett contact with EVO representatives re dispute; review Plunkett emails re same; telephone calls to and from counsel for PowerPay re review of requested documents | .40 | 96.00 |
| 08/24/10 | JGO | Email counsel for PowerPay re document review and enforcement of subpoena | .20 | 48.00 |
| 08/25/10 | JGO | Review and reply to email from counsel for PowerPay re document review | .20 | 48.00 |

Exhibit A Page 83

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

September 7, 2010    Invoice#        3343626
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 08/26/10 | JGO | Review email from counsel for PowerPay re production of documents; review court deadlines re motions for sanctions and motion for default judgment; telephone conference with court re hearing on motion for default judgment | .40 | 96.00 |
| 08/31/10 | JGO | Emails to and from counsel for PowerPay re document review; telephone conference with court re rulings on pending motions | .30 | 72.00 |

|  | | |
|---|---|---|
| | TOTAL FEES | $4,776.00 |
| SECRETARY OVERTIME | 16.87 | |
| | TOTAL EXPENSES | $16.87 |
| | TOTAL FEES PLUS EXPENSES | $4,792.87 |

Exhibit A Page 84

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010     Invoice#        3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 09/02/10  Through  09/30/10      $4,965.00
                                                               ---------
Total This Invoice - Due on Receipt                            $4,965.00

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice# 3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                   $4,965.00

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

# Bernstein Shur
### Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#      3347222
Matter Number: 035894-00004
RE: Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 09/02/10 | JGO | Draft and send electronic memorandum to J. Nonni re pending motions and re PowerPay documents; review PowerPay documents; conference with counsel for PowerPay; review email from J. Nonni re PowerPay documents; electronic memorandum to J. Nonni re same and results of initial review | 3.70 | 888.00 |
| 09/03/10 | JGO | Review and respond to email from J. Nonni re Plunkett claims of Nonni interfernce with PowerPay clients and prospects; email counsel for PowerPay re document production issues; review subpoena to PowerPay | 1.00 | 240.00 |
| 09/14/10 | JGO | Review court order re adjustment of trial date given pending motion to dismiss;  review emails from J. Nonni re evidence of South Portland contract with Government Payment Processing; telephone conference with court re motion for default judgment | .90 | 216.00 |
| 09/15/10 | JGO | Telephone conference with court re proposed order for application for default judgment against Plunkett & Company; strategy re same | .60 | 144.00 |
| 09/16/10 | JGO | Review court order on Plunkett's motion to dismiss and issue sanctions; notes re same; electronic memorandum to client re same and re proposed order on default judgment; strategy and notes re proposed order; draft | 4.40 | 1,056.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#      3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| | | proposed order; review and respond to emails from J. Nonni and P. Allen re default judgment and re general damages strategy against Plunkett; review and respond to email from J. Nonni re timing and strategy of permanent injunctive relief regarding trademark ownership; review relevant case law re relief on default judgment against one of multiple parties | | |
| 09/17/10 | JGO | Continue drafting and editing proposed judgment and order on application for default judgment against Plunkett & Company; review Lanham Act provisions and local rules re same; telephone conference with court re same; file same; draft correspondence to counsel for PowerPay re delays, gaps and problems with PowerPay document production | 3.30 | 792.00 |
| 09/20/10 | JGO | Draft and edit correspondence to counsel for PowerPay regarding production of documents in response to subpoena | 1.00 | 240.00 |
| 09/21/10 | JGO | Telephone conference with court re ruling on motions for sanctions | .20 | 48.00 |
| 09/28/10 | JGO | Review and respond to email from counsel for PowerPay re response to subpoena; email client re same and re potential motion to compel; strategy re potential motion to compel | .40 | 96.00 |

Page   4

Exhibit A Page 88

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

October 19, 2010    Invoice#        3347222
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 09/29/10 | JGO | Review email from client re PowerPay production; telephone conference with counsel for PowerPay re production and re information needed to demonstrate Plunkett & Company revenues from Portland/S. Portland contracts and from other PowerPay contracts; notes re same; strategy notes for default judgment hearing; review and notes re PowerPay email production re same | 2.10 | 504.00 |
| 09/30/10 | JGO | Conferences with P. Nichols re de-duplication of PowerPay email file; review relevant emails; strategy re default judgment damages; telephone conference with counsel for PowerPay re production issues; notes re PowerPay emails; review emails from J. Nonni re factual claims made in Plunkett motion to dismiss; notes re same re summary judgment briefing | 2.80 | 672.00 |
| 09/30/10 | RPN | Confer with John Osborn concerning e-mail production, copy and load .pst files to Outlook, identify duplicative materials. | .50 | 69.00 |

|  |  |
|--|--|
| TOTAL FEES | $4,965.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $4,965.00 |

**Page    5**

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| | |
|---|---|
| Fees for Professional Services 10/01/10   Through  11/30/10 | $31,766.10 |
| Expenses 10/01/10    Through 11/30/10 | $110.70 |
| | --------- |
| Total This Invoice - Due on Receipt | $31,876.80 |
| | |
| Previous Outstanding Balance | $4,965.00 |
| | --------- |
| Total Amount Due This Matter | $36,841.80 |

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#  3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                    $31,876.80

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

### REQUIRED PRIVACY ACT NOTICE
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/01/10 | JGO | Review court order re motions for sanctions; review records re attorneys' fees award for costs of filing motions for sanctions; review updated court schedule; electronic memorandum to client re order on motions for sanctions, PowerPay documents and re amended litigation schedule; draft second deposition notice; notes for deposition of Plunkett; electronic correspondence to Plunkett re deposition and re order on motion for sanctions; notes for summary judgment motion; review and respond to email from Plunkett re deposition | 4.50 | 1,080.00 |
| 10/01/10 | RPN | Conduct deduplication of e-mail and .pst file produced by opposing counsel, draft e-mail to John Osborn | 2.00 | 276.00 |
| 10/04/10 | JGO | Emails to and from defendant re deposition; notes re Plunkett deposition | .40 | 96.00 |
| 10/04/10 | RPN | Finish deduplication of e-mail file produced to Attorney John Osborn, draft e-mail correspondence | .20 | 27.60 |
| 10/05/10 | JGO | Email counsel for PowerPay re meeting with Goodrich; notes re Plunkett deposition; notes re summary judgment motion | .70 | 168.00 |
| 10/06/10 | JGO | Review and respond to emails from counsel for PowerPay re document production; telephone conference with counsel for PowerPay re same; preparation for meeting with PowerPay | .40 | 96.00 |

Page  3

## Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#       3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/07/10 | JGO | Emails to and from K. McGintee re summary judgment motion; conference with counsel for PowerPay re outstanding documents; review portions of PowerPay production re contract claim against Plunkett; strategy for summary judgment motion; preparation for Plunkett deposition | 3.20 | 768.00 |
| 10/08/10 | JGO | Emails to and from J. Plunkett re rescheduling of deposition at Plunkett's request; deposition preparation; telephone conference with PowerPay representatives re document production; | 2.50 | 600.00 |
| 10/11/10 | JGO | Review and respond to email from counsel for PowerPay re additional document production; review produced documents re residual payments to Plunkett; electronic memorandum to client re documents, Plunkett deposition and Nationwide documents for summary judgment; notes for Plunkett deposition | 1.00 | 240.00 |
| 10/12/10 | JGO | Continue preparing for and notes re Plunkett deposition; review and respond to email from J. Nonni re PowerPay documents and re Plunkett competition with Nationwide in breach of sales agreement; notes re summary judgment strategy; email J. Nonni re exhibits for Plunkett deposition | 3.40 | 816.00 |

Exhibit A Page 93

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#       3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/13/10 | JGO | Review and respond to emails from J. Nonni re background emails; review Plunkett prospectus to NPS re Municipay technology; deposition preparation; notes re summary judgment; telephone conference with J. Nonni; preparation of deposition exhibits | 5.00 | 1,200.00 |
| 10/14/10 | JGO | Prepare for and attend deposition of J. Plunkett; notes re same | 5.00 | 1,200.00 |
| 10/15/10 | JGO | Notes re summary judgment; begin drafting same; review notes from Plunkett deposition; electronic memorandum to client re same | 2.20 | 528.00 |
| 10/18/10 | JGO | Continue drafting motion for summary judgment and supporting statement of material fact; review relevant case law re various trademark claims | 6.00 | 1,440.00 |
| 10/19/10 | JGO | Continue drafting motion for summary judgment, supporting statement of material facts and supporting affidavits; review file material and filed motions re same; email Defendant re enlargement of page limitation for motion for summary judgment; review case law re legal issues relevant to summary judgment motion; begin drafting motion to enlarge page limit | 5.80 | 1,392.00 |

Exhibit A Page 94

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 10/20/10 | JGO | Draft and edit motion to enlarge page limit for motion for summary judgment; continue drafting statement of material facts and motion for summary judgment; strategy notes re same; file motion to enlarge page limit for motion for summary judgment; emails to Plunkett re same; email client re factual issues and re second Nonni declaration; | 4.50 | 1,080.00 |
| 10/21/10 | JGO | Continue drafting and editing motion for summary judgment and supporting statement of material facts; draft Second Nonni Declaration; emails to and from client re summary judgment and related issues; review email from Defendant re summary judgment motion; conferences with K. McGintee re drafting of motion; emails to and from K. McGintee re same; preparation of exhibits for motion for summary judgment | 6.00 | 1,440.00 |
| 10/21/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/22/10 | KWM | Work on Motion for Summary Judgment. | 4.00 | 620.00 |
| 10/24/10 | JGO | Draft and edit motion for summary judgment; emails to and from K. McGintee re same; draft and edit supporting statement of material facts; draft and edit declaration of J. Nonni; review case law re Plunkett claim for declaration of patent inventor status | 5.50 | 1,320.00 |
| 10/24/10 | KWM | Work on Summary Judgment Motion. | 1.30 | 201.50 |

Page    6

Exhibit A Page 95

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/25/10 | JGO | Emails and conferences with K. McGintee and R. Wheeler re summary judgment filing; continue drafting and editing motion for summary judgment; continue drafting and editing J. Nonni declaration; email J. Nonni re same; continue drafting and editing statement of material facts; review case law re patent inventorship; preparation of exhibits; draft and edit J. Osborn declaration; telephone conference with client re motion and strategy for same; final edits; file same | 11.00 | 2,640.00 |
| 10/25/10 | KWM | Work on Motion for Summary Judgment. | 6.60 | 1,023.00 |
| 10/26/10 | JGO | Electronic correspondence to Defendant re motion for summary judgment; electronic memorandum to client re motion, briefing schedule and pre-trial schedule; begin drafting pre-trial memorandum; telephone conference with court clerk re pre-trial schedule; review court order re rescheduling of trial; review and respond to email from J. Plunkett re deposition transcript | 1.70 | 408.00 |

Page    7

Exhibit A Page 96

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 10/27/10 | JGO | Review and respond to email from J. Keenan re status of Plunkett suit and impact on USPTO suspension of Municipay Mark application; review USPTO database re status of Plunkett registration in light of preliminary injunction; review and notes re Plunkett deposition testimony for reply memorandum in support of motion for summary judgment; file management | 1.90 | 456.00 |
| 10/28/10 | JGO | Review court order re default damages hearing; telephone conference with court re scheduling of same; electronic memorandum to client re same and re preparation for same; electronic correspondence to J. Plunkett re same; notes re preparation; emails to and from client re hearing and preparation for same; begin drafting pre-hearing memorandum for court; notes re Plunkett deposition testimony | 3.50 | 840.00 |
| 10/29/10 | JGO | Continue drafting pre-hearing memorandum; email counsel for PowerPay re documents needed for hearing | 2.20 | 528.00 |
| 10/31/10 | JGO | Email client re preparation meeting for default judgment hearing; hearing notes | .20 | 48.00 |
| 11/01/10 | JGO | Review email from counsel for PowerPay re acquisition of contract with Plunkett & Company; notes re default judgment memorandum | .40 | 96.00 |

Page   8

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 11/02/10 | JGO | Review file material re exhibits for default damages hearing; email J. Nonni re Nationwide business records re Plunkett commission and expense advances owed; email J. Plunkett re damages hearing review email from counsel for PowerPay re contract with Plunkett; notes re admission of evidence at default damages hearing; emails to and from J. Nonni and J. Carpenter re Nationwide issue with majority owner use of Nationwide assets as security for third-party line of credit; prepare for conference with J. Nonni | 2.50 | 600.00 |
| 11/03/10 | JGO | Prepare for and attend conference with P. Allen and J. Nonni re default damages hearing against Plunkett & Company and re potential issue with majority owner in Nationwide seeking to encumber Nationwide assets for personal loan; notes for default damages hearing; review Plunkett pre-hearing request for documents; email client re same and re hearing preparation; continue drafting pre-hearing memorandum to court; email counsel for PowerPay re requested documents; prepare exhibits | 4.80 | 1,152.00 |
| 11/04/10 | JGO | Preparation of exhibits for default damages hearing; continue drafting and editing pre-hearing memorandum; conferences with E. Albert-Knopp re award of prospective profits; review case law re same; notes for witness | 7.20 | 1,728.00 |

Page    9

Exhibit A Page 98

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|---|---|---|---|---|
| | | examination at hearing; complete preparation and filing of exhibits; complete drafting and editing pre-hearing memorandum; file same; examination notes; review email from counsel for PowerPay and PowerPay executives re contract with City of Portland; email defendant re damages hearing | | |
| 11/04/10 | EAK | Researching proper procedure to request ongoing disgorgement of profits from Plunkett & Co. (and/or directly from PowerPay) for purposes of drafting pre-damages-hearing memo to Court. | 3.40 | 510.00 |
| 11/05/10 | JGO | Review and respond to emails from Defendant re damages hearing; review court order re Defendant pre-hearing request for documentation; draft opposition to Defendant's pre-hearing request; edit and file same; email Defendant re same; emails to client re hearing witness and strategy and opposition to Defendants' prehearing request; review court order denying prehearing request; email client re same and re hearing | 6.00 | 1,440.00 |
| 11/07/10 | JGO | Preparation for damages hearing; preparation for Nonni examination; preparation for Plunkett examination; review case law re attorneys' fees award under Lanham Act; notes re oral argument at hearing; notes re introduction of exhibits; review Plunkett deposition transcript | 4.00 | 960.00 |

**Exhibit A Page 99**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 11/08/10 | JGO | Prepare for and attend damages hearing on motion for default judgment against Plunkett & Company; notes for witness examination and summation; conferences with J. Nonni re hearing preparation and re hearing process; review final witness list, exhibit list and minutes of proceedings; notes re hearing; notes re summary judgment reply | 4.60 | 1,104.00 |
| 11/09/10 | JGO | Draft and send electronic memorandum to client re default damages hearing and expected rulings and re litigation and settlement strategy; review notes from hearing re same | 1.30 | 312.00 |
| 11/11/10 | JGO | Review Defendant's notes re examination questions and oral argument at damages hearing re Defendant's damage theory on exclusivity counterclaim; email client re same; file management; review court schedule re summary judgment briefing; notes for reply brief in support of motion for summary judgment; | 1.40 | 336.00 |

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010    Invoice#      3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 11/15/10 | JGO | Telephone conference with court re filing of opposition to Nationwide motion for summary judgment; review Uniform Fraudulent Transfer Act; draft and send correspondence to Defendant re fraudulent transfer of assets and re settlement discussions; review email from J. Nonni re same and re Plunkett counterclaims; email J. Nonni and P. Allent re same and re briefing on summary judgment motion | 2.10 | 504.00 |
| 11/16/10 | JGO | Emails to and from K. McGintee re Defendant's summary judgment opposition deadline; review federal case law and treatise material re impact of failure to oppose motion for summary judgment; review first circuit law re court duty to notify pro se defendant re impact of failure to oppose summary judgment motion; email client re same | 1.90 | 456.00 |
| 11/18/10 | JGO | Notes re potential oral argument on motion for summary judgment; file management; review case law re disposition of unopposed motion for summary judgment | 2.20 | 528.00 |
| 11/19/10 | JGO | Review motion for summary judgment and statement of material facts re potential issues requiring explanation at oral argument; telephone conference with court re same; review relevant case law re analysis of unopposed motion for summary judgment; notes re same; electronic memorandum to client re same | 3.70 | 888.00 |

**Exhibit A Page 101**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

December 15, 2010   Invoice#        3352082
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| | | TOTAL FEES | | $31,766.10 |
| PHOTOCOPY | | 35.60 | | |
| SECRETARY OVERTIME | | 75.10 | | |
| | | TOTAL EXPENSES | | $110.70 |
| | | TOTAL FEES PLUS EXPENSES | | $31,876.80 |

Page  13

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#       3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 12/02/10  Through  12/31/10          $222.50
                                                                  ---------
Total This Invoice - Due on Receipt                                 $222.50


Previous Outstanding Balance                              $31,876.80
                                                          ---------
Total Amount Due This Matter                              $32,099.30

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

# Remittance Copy

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#  3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

Total This Invoice                                          $222.50

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____  Exp. Date _____

Signature _____  Amount _____

## REQUIRED PRIVACY ACT NOTICE

Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

January 10, 2011    Invoice#        3353710
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 12/02/10 | JGO | Review and respond to email from P. Allen re rulings on motion for summary judgment and application for default judgment; review docket re same | .30 | 72.00 |
| 12/07/10 | JGO | Review and respond to email from J. Keenan re USPTO action on Municipay trademark application and re status of Plunkett lawsuit | .20 | 48.00 |
| 12/16/10 | TAS | Conference with J. Osborn | .50 | 102.50 |

TOTAL FEES                    $222.50

TOTAL EXPENSES                 $0.00

TOTAL FEES PLUS EXPENSES      $222.50

Page  3

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011      Invoice#     3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 01/10/11  Through  02/28/11    $1,319.30
                                ---------
Total This Invoice - Due on Receipt                $1,319.30

Previous Outstanding Balance                     $222.50
                                ---------
Total Amount Due This Matter                  $1,541.80

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011      Invoice# 3358588
Matter Number: 035894-00004
RE: Trademark Infingement

Total This Invoice                              $1,319.30

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____    Exp. Date _____

Signature _____    Amount _____

**REQUIRED PRIVACY ACT NOTICE**
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law.  We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you.  We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011      Invoice#      3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|--|-------|--------|
| 01/10/11 | TAS | Email correspondence with J. Nonni | .30 | 66.00 |
| 02/01/11 | TAS | Review recommended decision; email correspondence with client; email correspondence with Kai Mcgintee. | .20 | 44.00 |
| 02/01/11 | KWM | Receive and review Order on Motion for Default Judgment; e-mails to and from Attorney Small regarding same. | .90 | 148.50 |
| 02/01/11 | ML1 | Receipt of ECF Notice as to Court's Decision and Findings of Fact; e-mail from Attorney Small regarding same | .10 | 11.20 |
| 02/01/11 | ML1 | Review Court's Decision and Findings of Fact; save same; copy text of Order and forward to Attorney Small | .40 | 44.80 |
| 02/01/11 | ML1 | Calendar deadline to Object to Report & Recommended Decision | .10 | 11.20 |
| 02/02/11 | TAS | Review recommended decision on default; email correspondence with K. McGintee | .40 | 88.00 |
| 02/02/11 | KWM | E-mail correspondence with Attorney Small regarding Decision. | .20 | 33.00 |
| 02/04/11 | ML1 | Receipt and review of Report & Recommended Decision on MSJ; calendar Objection deadline; forward same to Attorney Small & McGintee | .20 | 22.40 |
| 02/07/11 | TAS | Review recommended decision; email correspondence with J. Nonni | .20 | 44.00 |

Page  3

**Exhibit A Page 108**

## Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011        Invoice#        3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/09/11 | KWM | Receive and review Order on Summary Judgment Motion. | .40 | 66.00 |
| 02/16/11 | TAS | Call with J. Nonni. | .30 | 66.00 |
| 02/17/11 | TAS | Brief review of objection to recommended decision; email correspondence with J. Nonni; call with K. McGintee; review objection to recommended decision | 1.30 | 286.00 |
| 02/17/11 | KWM | Receive and review filings and upcoming deadlines. | .30 | 49.50 |
| 02/17/11 | ML1 | Confer with Attorney Small as to today's deadline to object to Rich's Recommended Report and Recommended Decision on Motion for Default Judgment; review on line docket to ensure no Orders from Judge accepting Recommended Decisions on the MSJ or the Motion for Default Judgment; confirm with Attorney Small that Judge Singal has yet to adopt either Recommended Decision | .20 | 22.40 |
| 02/18/11 | TAS | Review objections to recommended decisions | .30 | 66.00 |
| 02/18/11 | KWM | Review Plunkett's objections to Magistrate's decisions. | .30 | 49.50 |

**Exhibit A Page 109**

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

March 9, 2011        Invoice#        3358588
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 02/18/11 | ML1 | Receipt and review of ECF Notices of Plunkett's Objection to the Recommended Decision to the Motion for Default Judgment and Motion for Extension of Time and his and Objection to the Recommended Decision for MSJ and all 32 attachments thereto; save same to DMS; calendar deadlines to Reply; detailed e-mail to Attorneys McGintee and Small | 1.40 | 156.80 |
| 02/25/11 | TAS | Review email from J. Nonni; email correspondence with J. Nonni | .20 | 44.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,319.30 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $1,319.30 |

Exhibit A Page 110

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011      Invoice#        3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

Fees for Professional Services 03/03/11  Through  03/31/11      $2,644.60
                                                               ---------
Total This Invoice - Due on Receipt                            $2,644.60

Please return the enclosed REMITTANCE COPY with your
payment to ensure proper credit to your account.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

```
Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074
```

```
April 18, 2011      Invoice#  3361401
Matter Number: 035894-00004
RE:  Trademark Infingement
```

```
Total This Invoice                              $2,644.60
```

A late charge of 1 1/2% per month may be imposed
for payment after 30 days.
To Ensure Proper Credit to Your Account:

**Please return this Remittance Copy with your payment.**
If paying by check, please mark the invoice number on your check.
If paying by Credit Card , please complete the information below.

Card Number _____     Exp. Date _____

Signature _____     Amount _____

**REQUIRED PRIVACY ACT NOTICE**
Bernstein Shur does not disclose any nonpublic information about our clients or former
clients, except as permitted by law. We restrict access to nonpublic personal
information about you to those who need to know that information in order to provide
services to you. We maintain physical, electronic and procedural safeguards that
comply with federal regulations to guard your nonpublic personal information.

**Bernstein Shur**
Counselors at Law
I.D. #01-0378211

100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011        Invoice#        3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/03/11 | TAS | Conference with K. McGintee; call J. Plunkett; work on motion to enlarge time. | .40 | 88.00 |
| 03/03/11 | ML1 | Assist Attorney Small's assistant with e-filing | .40 | 44.80 |
| 03/03/11 | ML1 | Receipt and review of Motion to Extend Deadline to Respond to Defendants' Opposition to Recommended Decision; save same to DMS; update pleading index with pleadings since Attorney Small entered appearance | .40 | 44.80 |
| 03/04/11 | ML1 | Receipt and review of Order Granting Motion to Extend Deadline to Respond to Defendants' Opposition to Recommended Decision; save to DMS; confer with Attorneys Small and McGintee regarding same; calendar same | .10 | 11.20 |
| 03/09/11 | TAS | Research; work on responses to objections to recommended decisions | 6.90 | 1,518.00 |
| 03/10/11 | TAS | Finalize responses to objections to recommended decisions | .50 | 110.00 |
| 03/10/11 | ML1 | Assist Attorney Small's assistant with e-filing of Nationwide's Response to Defendants' Objections to both Recommended Decisions | .40 | 44.80 |
| 03/16/11 | TAS | Review court orders; email correspondence with J. Nonnie and P. Allen; email correspondence with W. Paradis re: collection | .20 | 44.00 |

Page  3

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011      Invoice#      3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|---|-------|--------|
| 03/16/11 | ML1 | Confer with Attorney Small as to process to get PowerPay to begin submitting commissions to Nationwide | .10 | 11.20 |
| 03/16/11 | ML1 | Receipt and review of Orders Affirming Recommended Decisions for Motion for Default and Motion for Summary Judgment; convert to PDF and save to DMS; at Attorney Small's request forward same to clients for their reivew | .30 | 33.60 |
| 03/16/11 | ML1 | Confer with Attorney Small as to process to get PowerPay to begin submitting commissions to Nationwide; initial research on same | .40 | 44.80 |
| 03/17/11 | WJP | Brief meeting with Atty Small re: judgment enforcement, order to withhold and pay and disclosure process in state court to enforce as well as service of writ on banks | .30 | 63.00 |
| 03/17/11 | TAS | Research federal execution rules and procedures | 1.30 | 286.00 |
| 03/17/11 | ML1 | Confer with Attorney Small regarding calendaring deadlines for Defendants to file Appeal and for Nationwide to submit fee/costs petition; compute and calendar same; submit same to Diary Master | .20 | 22.40 |
| 03/21/11 | TAS | Review amended court order; email correspondence with J. Nonnie and P. Allen | .20 | 44.00 |
| 03/22/11 | TAS | Email correspondence with J. Nonni | .10 | 22.00 |

Page    4

# Bernstein Shur

Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

April 18, 2011        Invoice#        3361401
Matter Number: 035894-00004
RE:  Trademark Infingement

| DATE | ATTY | | Hours | Amount |
|------|------|------|-------|--------|
| 03/31/11 | TAS | Review file; email correspondenc with M. Libby re: collection efforts | .20 | 44.00 |
| 03/31/11 | ML1 | Attend to ECF Notices of Amended Orders; updating pleading indexes | .40 | 44.80 |
| 03/31/11 | ML1 | Confer with Attorney Small as to deadlines | .10 | 11.20 |
| 03/31/11 | ML1 | Review Court's Orders; review rules 54.2 & 54.3; compute appeal deadlines and deadlines to file Attorney Fee Claim and Bill of Costs; detailed e-mail to Attorney Small regarding same and requesting Writs | .60 | 67.20 |
| 03/31/11 | ML1 | Confer with Attorneys Small and Paradis regarding attorney fee claim, bill of costs and Writs of Execution | .20 | 22.40 |
| 03/31/11 | ML1 | Compare Order and Amended Order for differences; confer with Attorney Small regarding same; | .20 | 22.40 |

|  |  |
|--|--|
| TOTAL FEES | $2,644.60 |
| TOTAL EXPENSES | $0.00 |
| TOTAL FEES PLUS EXPENSES | $2,644.60 |

**Exhibit A Page 115**

*----- CLIENT INFORMATION -----*
Nationwide Payment Solutions

400 Technology Way
Scarborough, ME 04074

( ) BILL COSTS AND FEES     ( ) DO NOT BILL
( ) BILL FEES ONLY          ( ) CLOSE FILE
( ) BILL COSTS ONLY         ( ) FINAL BILL
( ) APPLY FROM IOLTA        ( ) BILL AT $ _____

*----- MATTER DESCRIPTION -----*
Trademark Infingement
Nationwide Payment Solutions
400 Technology Way
Scarborough, ME 04074

*----- MATTER NUMBER -----*
035894-00004

*---- BILLING ATTORNEY ----*           *---- RESPONSIBLE ATTORNEY ----*          *---- ORIGINATING ATTORNEY ----*
         JLC                                      JGO                                       JLC
   JOHN L CARPENTER                           JOHN OSBORN                             JOHN L CARPENTER

BILL TEMPLATE: C2                                                   PRACTICE CODE:    667
TIME FORMAT:  34                                                    ARRANGEMENT:   HB
CLAIM #:                                                            JOINT BILL ID: 035894
LAST BILL DATE:   04/18/11                 OPEN DATE: Apr 15, 2009   CLOSED DATE:
LAST PAYMENT DATE: 03/21/11

*---- TIME ENTRIES -----*

| INIT | DATE | STAT | RATE | HOURS | AMOUNT | CUMULATIVE | DESCRIPTION | INDEX |
|------|------|------|------|-------|--------|------------|-------------|-------|
| ML1 | 04/04/11 | B | 112.00 | 0.10 | 11.20 | 11.20 | Confer with Attorneys Small and Keenan as to Order & Judgment in this action | 3004840 |
| ML1 | 04/07/11 | B | 112.00 | 0.10 | 11.20 | 22.40 | Confer with Attorney Small as to following up with Writs | 3007505 |
| ML1 | 04/07/11 | B | 112.00 | 1.90 | 212.80 | 235.20 | Telephone call with Clerk as to Writs; telephone call to Lewiston District Court regarding Disclosure dates; review disclosure proceedings; review amended order/judgment again; review Bill of Costs form; request copies of invoices and proforma; begin pulling costs and preparing Bill of Costs; provide to Attorney Small | 3007738 |
| ML1 | 04/08/11 | B | 112.00 | 0.10 | 11.20 | 246.40 | Confer with Attorney Small as to Attorney Fee claim and Bill of Costs; ensure deadline to file same and request Writs is calendared | 3008096 |
| TAS | 04/11/11 | B | 220.00 | 0.10 | 22.00 | 268.40 | Email correspondence with J. Keenan | 3008707 |
| TAS | 04/12/11 | B | 220.00 | 0.10 | 22.00 | 290.40 | Review filing from Plunkett; email correspondence with J. Nonni and P. Allen | 3010645 |
| ML1 | 04/12/11 | B | 112.00 | 0.30 | 33.60 | 324.00 | Receipt and review of Plunkett's Report to Court; convert to PDF and forward same to Attorney Small and McGintee | 3010653 |
| ML1 | 04/12/11 | B | 112.00 | 0.80 | 89.60 | 413.60 | Finalize Bill of Costs; continue to work on Attorney Fee claim | 3010679 |

FEE SUBTOTAL:     413.60

```
BALANCE DUE FROM PREVIOUS STATEMENT ..............................      2,644.60
LESS PAYMENT(S) ..................................................          0.00
LESS ADJUSTMENT(S) ...............................................          0.00

                                                                    ------------
BALANCE FORWARD ..................................................      2,644.60


TIMECARD SUB-TOTAL (    3.50 ) ...................................        413.60
DISBURSEMENT SUB-TOTAL ...........................................          0.00
SUB-TOTAL CURRENT PERIOD .........................................        413.60
TOTAL DUE ........................................................      3,058.20
```

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*---------TIMEKEEPER----------*    RATE   HOURS    %      FEES     %
TED SMALL                        220.00    .20   5.7     44.00  10.6
MARCIA A. LIBBY                  112.00   3.30  94.3    369.60  89.4
                      TOTALS              3.50          413.60
```

```
*--------------------LEDGER SUMMARY-------------------------------------*
Ledger Code    Ledger Description     Debit      Credit      Credit Applied To
-----------    ------------------     -----      ------      -----------------
PAY            PAYMENT                          115142.02
                                                            114119.40  FEES
                                                               704.20  HCOST
                                                               318.42  SCOST
FEES           FEES                 116764.00
HCOST          HARD COST               704.20
SCOST          SCOST                   318.42
                                    ---------   ---------
TOTAL                               117786.62   115142.02
```

AGED ACCOUNTS RECEIVABLE:    2644.60  (-30)      0.00  (31-60)       0.00  (61-90)      0.00  (91-120)      0.00  (+)

**Exhibit A Page 117**