# Coastal Reporting, LLC

Coastal Reporting, LLC
110 Marginal Way, #205
Portland, ME 04101

(207)772-6221
coastal.reporting@gmail.com

**Invoice**

| DATE | INVOICE # |
|---|---|
| 10/18/2010 | 1863 |

| TERMS | DUE DATE |
|---|---|
| Net 30 | 11/17/2010 |

**BILL TO**

John Osborn, Esq.
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
Portland, ME 04104-5029

PAID

| BALANCE DUE | ENCLOSED |
|---|---|
| $0.00 | |

Please detach top portion and return with your payment.

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • Job Date: 10/14/2010; Nationwide Payment Solutions, LLC -v- James Plunkett and Plunkett & Company, LLC; 2:09-CV-600-GZS | | | |
| • Original Cost for the Deposition of James Plunkett | 54 | 3.25 | 175.50 |
| • Exhibits | 102 | 0.20 | 20.40 |
| • Appearance | | 100.00 | 100.00 |
| • Delivery | | 7.00 | 7.00 |
| • Tax ID No.: 27-1078916 | | | |
| Reporter: Tammy Martell | | | |

Signature Packet sent to the Deponent.

| | |
|---|---|
| TOTAL | $302.90 |
| PAYMENT | $302.90 |
| BALANCE DUE | $0.00 |

EXHIBIT B