UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATIONWIDE PAYMENT SOLUTIONS, LLC, ) ) ) **Plaintiff** ) v. ) ) JAMES PLUNKETT, et al., ) ) **Defendants** ) | No.  2:09-cv-600-GZS |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 124) filed January 24, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Attorneys' Fees (Docket No. 111) is **GRANTED** in the amount of $116,284.00, rather than the requested $117,177.60, for the reasons stated in the Magistrate Judge's Recommended Decision.

  /s/ George Z. Singal          
United States District Judge

Dated this 15th day of February, 2012.